**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Montana**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Misty**<br>First name<br><br>**Lee**<br>Middle name<br><br>**Roberts**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | **James**<br>First name<br><br>**Darin**<br>Middle name<br><br>**Clemons**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>**dba Medicine Flower Lodge**<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **3** **2** **8** **0**<br>OR<br>9xx – xx – ___ ___ ___ | xxx – xx – **5** **7** **1** **6**<br>OR<br>9xx – xx – ___ ___ ___ |

1:23-bk-10019-BPH   Doc#: 1   Filed: 02/28/23   Page 1 of 87

| Debtor 1 | **Misty** | **Lee** | **Roberts** | |
|----------|-----------|---------|-------------|---|
| Debtor 2 | **James** | **Darin** | **Clemons** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

EIN __ __ __ - __ __ __ __ __ __ __

EIN __ __ __ - __ __ __ __ __ __ __

EIN __ __ __ - __ __ __ __ __ __ __

EIN __ __ __ - __ __ __ __ __ __ __

**5. Where you live**

**29 Powder River Lane**
Number        Street

_____

**Red Lodge, MT 59068**
City                    State    ZIP Code

**Carbon**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

**PO Box 2313**
P.O. Box

**Red Lodge, MT 59068**
City                    State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                    State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                    State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
☑ Yes.

| District **District of Montana** | When **07/13/2021** | Case number **1:21-bk-10080** |
|---|---|---|
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

1:23-bk-10019-BPH   Doc#: 1   Filed: 02/28/23   Page 3 of 87

| **Part 3:** | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number          Street

_____

_____
City                          State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

**Part 4:** Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

| | |
|--|--|
| **14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?** <br><br> *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?* | ☑ No. <br> ☐ Yes.    What is the hazard? _____ <br>                  _____ <br><br> If immediate attention is needed, why is it needed? _____ <br> _____ <br><br> Where is the property? _____ <br> Number    Street <br> _____ <br> City        State    ZIP Code |

Official Form 101       **Voluntary Petition for Individuals Filing for Bankruptcy**       page 5

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 6

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

  ☐ No
  ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Misty Lee Roberts**
Misty Lee Roberts , Debtor 1
Executed on **02/27/2023**
　　　　MM/ DD/ YYYY

X **/s/ James Darin Clemons**
James Darin Clemons , Debtor 2
Executed on **02/27/2023**
　　　　MM/ DD/ YYYY

| Debtor 1 | **Misty** | **Lee** | **Roberts** | |
|---|---|---|---|---|
| Debtor 2 | **James** | **Darin** | **Clemons** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **If you are not represented by an attorney, you do not need to file this page.** | |

**X** __/s/ Andrew W. Pierce_____  Date __02/27/2023_____
　　Signature of Attorney for Debtor  　　　　　　　　　MM / DD / YYYY

__Andrew W. Pierce_____
Printed name

__Pierce Law Firm, PC_____
Firm name

__PO Box 280_____
Number　　　Street

_____

__Missoula_____　　__MT__　__59806_____
City　　　　　　　　　　　　　　　　　　　　State　ZIP Code

Contact phone __(406) 540-5206_____　Email address __drew@piercelawmt.com_____

__5029_____　　__MT____
Bar number　　　　　　　　　　　　　　　　　State

Fill in this information to identify your case:

| Debtor 1 | **MISTY** | **LEE** | **ROBERTS** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **JAMES** | **DARIN** | **CLEMONS** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MONTANA**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................... | $2,467,200.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................. | $127,357.66 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................. | $2,594,557.66 |

### Part 2: Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $2,697,996.71 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $458,097.80 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $394,693.63 |
| **Your total liabilities** | $3,550,788.14 |

### Part 3: Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $22,110.74 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................. | $18,636.60 |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---------|--------------------------------------------------------------------|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   _____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

|  | Total claim |
|--|-------------|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations. (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total.** Add lines 9a through 9f. | _____ |

Official Form 106Sum          **Summary of Your Assets and Liabilities and Certain Statistical Information**          page 2 of 2

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **MISTY** | **LEE** | **ROBERTS** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **JAMES** | **DARIN** | **CLEMONS** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MONTANA**

Case number

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **DECLARATION OF HOMESTEAD RECORDED ON SEPTEMBER 7, 2021 IN CARBON COUNTY.**
   Street address, if available, or other description

   **29 POWDER RIVER LANE**

   **RED LODGE, MT 59068**
   City                    State        ZIP Code

   **CARBON**
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☑ Manufactured or mobile home
   ☑ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   **Source of Value:** TAX ASSESSED VAL 140K, ZILLOW VALUE $267,200.

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**          **Current value of the portion you own?**
   $267,200.00                    $267,200.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   **PURCHASER'S INTEREST IN CONTRACT FOR DEED (NOTICE RECORDED 11/2/2017)**

   ☐ **Check if this is community property**
   (see instructions)

**1.2** **5 DREAMCATCHER LANE (VALUE ESTIMATED)**
Street address, if available, or other description

_____

**RED LODGE, MT 59068**
City                    State    ZIP Code

**CARBON**
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other  **LODGE, GUESTHOUSE, 2 BUNKHOUSES, POLE BARN**

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Source of Value:  **TERMINATED BUY-SELL AGREEMENT**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

**Current value of the entire property?**
**$1,100,000.00**

**Current value of the portion you own?**
**$1,100,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**PURCHASER'S INTEREST IN CONTRACT FOR DEED**

☐ Check if this is community property
(see instructions)

**1.3** **10 DREAMCATCHER LANE (VALUE ESTIMATED)**
Street address, if available, or other description

_____

**RED LODGE, MT 59068**
City                    State    ZIP Code

**CARBON**
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other  **3BD 2BA LOG HOME, STUDIO CABIN & COVERED PICNIC PAVILLION**

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Source of Value:  **TERMINATED BUY-SELL AGREEMENT**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

**Current value of the entire property?**
**$1,100,000.00**

**Current value of the portion you own?**
**$1,100,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**FEE SIMPLE**

☐ Check if this is community property
(see instructions)

**2.** **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**............................................................................  →  **$2,467,200.00**

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1 Make:   __GMC__

Model:   __SIERRA K3500__

Year:   __2019__

Approximate mileage:   __200000__

Other information:

GASOLINE MOTOR, APPROX. 200K MI., HAS RUST.

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   $25,000.00

**Current value of the portion you own?**   $25,000.00

If you own or have more than one, list here:

3.2 Make:   __CHEVROLET__

Model:   __TRAILBLAZER__

Year:   __2004__

Approximate mileage:   __185000__

Other information:

BODY DAMAGE

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   $900.00

**Current value of the portion you own?**   $900.00

3.3 Make:   __FORD__

Model:   __ECONOLINE E150__

Year:   __1994__

Approximate mileage:   __190000__

Other information:

DAMAGED, NON-RUNNING, SCRAP VALUE

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   $200.00

**Current value of the portion you own?**   $200.00

3.4  Make:      <u>**CHEVY**</u>

**Who has an interest in the property?** Check one.

Model:      <u>**SILVERADO 1500**</u>

Year:      <u>**2006**</u>

Approximate mileage:      <u>**294000**</u>

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Other information:

PAINT DAMAGE / KEYED

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    <u>**$4,000.00**</u>

**Current value of the portion you own?**    <u>**$4,000.00**</u>

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☐ No
- ☑ Yes

4.1  Make:      <u>**ALRAY**</u>

**Who has an interest in the property?** Check one.

Model:      <u>**TRAILER**</u>

Year:      <u>**2000**</u>

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Other information:

ALRAY LIVESTOCK TRAILER

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    <u>**$2,000.00**</u>

**Current value of the portion you own?**    <u>**$2,000.00**</u>

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**................................................................. →   <u>**$32,100.00**</u>

**Part 3:**   Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own? Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

- ☐ No
- ☑ Yes. Describe........   | SEE ATTACHED. |

     <u>**$3,000.00**</u>

7.   **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

- ☐ No
- ☑ Yes. Describe........   | SEE ATTACHED. |

     <u>**$1,080.00**</u>

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe........

_____

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe........    | SEE ATTACHED.    **$925.00**

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe........

_____

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe........    | SEE ATTACHED.    **$500.00**

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe........    | WEDDING RINGS    **$350.00**

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe........    | DOGS, CATS & BIRDS    **$0.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe........

_____

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................................... ➔ | **$5,855.00**

---

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes.............................................................................................................................................  Cash..............          **$50.00**

17. **Deposits of money**

    *Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes..................

    |  |  | Institution name: |  |
    |---|---|---|---|
    | 17.1. | Other financial account: | **PIERCE LAW FIRM, PC, IOLTA ACCOUNT** | $967.00 |
    | 17.2. | Savings account: | **BANK OF BRIDGER # 2943 (HELD FOR MINOR SON).** | $3,972.79 |
    | 17.3. | Savings account: | **STOCKMAN BANK # 6858 (MINOR SON)** | $26.00 |
    | 17.4. | Checking account: | **STOCKMAN BANK # 3463 (JAMIE'S)** | $1,800.00 |
    | 17.5. | Checking account: | **BANK OF BRIDGER # 0606 (JAMIE'S, LOCAL BANKING)** | $900.00 |
    | 17.6. | Checking account: | **PINNACLE BANK #7987 (MISTY'S)** | $25.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes..................

    Institution or issuer name:

    _____    _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific
       information about
       them...................

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | **ALPINE CONTRACTING, LLC FKA ALPINE HOME IMPROVEMENTS, LLC, FKA MOUNTAIN HANDYMAN, LLC (NO NET VALUE)** | 100 % | $0.00 |
    | **PJ'S LLC, FKA PJ PROPERTY MANAGEMENT AND TREE REMOVAL SERVICE, LLC. (THE LLC'S PERSONAL PROPERTY ASSETS TOTALING ABOUT 50K ARE INCLUDED IN THE VALUE OF MS. ROBERTS' DREAMCATCHER REAL PROPERTY AS IT WILL BE SOLD WITH THAT PROPERTY. THE REMAINING ASSETS OWNED BY THE LLC ARE VALUED AT $1,300.00.)** | 100 % | $1,300.00 |
    | **NORTHWEST CONSULTING AND CONSTRUCTION, LLC. VALUATION INCLUDES BANK ACCOUNT BALANCES LISTED ON SCHEDULE B.** | 100 % | $75,057.00 |

 **ASSUMED BUSINESS NAME MEDICINE FLOWER LODGE (DBA      100      %            UNKNOWN**
 **FOR VACATION RENTALS)**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

 *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
 *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

 ☑ No
 ☐ Yes. Give specific
      information about
      them....................

 Issuer name:

 _____      _____

21. **Retirement or pension accounts**

 *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

 ☑ No
 ☐ Yes. List each
      account separately.

 Type of account:          Institution name:

 401(k) or similar plan:  _____  _____

 Pension plan:            _____  _____

 IRA:                     _____  _____

 Retirement account:      _____  _____

 Keogh:                   _____  _____

 Additional account:      _____  _____

22. **Security deposits and prepayments**

 Your share of all unused deposits you have made so that you may continue service or use from a company

 *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

 ☑ No
 ☐ Yes.....................

                           Institution name or individual:

 Electric:                _____  _____

 Gas:                     _____  _____

 Heating oil:             _____  _____

 Security deposit on rental unit: _____  _____

Prepaid rent: _____ _____

Telephone: _____ _____

Water: _____ _____

Rented furniture: _____ _____

Other: _____ _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

Issuer name and description:

_____ _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No
☑ Yes.....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

 INDIVIDUAL 529 ACCOUNT WITH ACHIEVE MONTANA (COLLEGE SAVINGS FUND  _____ $2,804.87
 FOR MINOR CHILD WHO IS BENEFICIARY) |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....  [                                            ]  _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them....  [                                            ]  _____

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses,
professional licenses

☐ No
☑ Yes. Give specific
information about them....  [ DEQ PERMIT APPLICATION FOR RIVER BANK RESTORATION (ON HOLD) ]  **UNKNOWN**

**Money or property owed to you?**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____

State: _____

Local: _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information.......... _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **VA HEALTH** | **JAMIE** | **$0.00** |
| **FARMERS HOMEOWNERS POLICY** | **MISTY** | **$0.00** |
| **FOREMOST RENTAL PROPERTY INSURANCE POLICY** | **MISTY** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information.......... _____

Official Form 106A/B                    Schedule A/B: Property                    page **9**

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes. Describe each claim................ | CLAIMS AND OFFSETS AGAINST G. BARCLAY CORBUS DV-20-80 (UNKNOWN VALUE) |        **UNKNOWN**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No
    ☑ Yes. Describe each claim................ | POSSIBLE CLAIMS OR FINANCIAL ASSISTANCE FOR 2022 FLOOD DAMAGE TO LODGE PROPERTY. (UNKNOWN VALUE) |        **UNKNOWN**

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information.......... | |        _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................➔ |        **$86,902.66**

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

---

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe........ | |        _____

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe........ | |        _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes. Describe........ | |        _____

41. **Inventory**

    ☑ No
    ☐ Yes. Describe........ | |        _____

---

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

Name of entity:                                    % of ownership:

_____    _____%    _____

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

       ☑ No
       ☐ Yes. Describe........   [                                    ]   _____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
    information.........

_____    _____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here...................................................................................➔    | $0.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| --- | --- |
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☐ No. Go to Part 7.
☑ Yes. Go to line 47.

|  | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
| --- | --- |

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☐ No
☑ Yes..........................   [ 2 HORSES, 12 CHICKENS ]   $1,500.00

**48. Crops—either growing or harvested**

☑ No
☐ Yes. Give specific
    information.............   [                                    ]   _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes..........................   [                                    ]   _____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☑ Yes..........................  | HAY AND FEED | $1,000.00

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
information............. | | _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**..........................................................................➔ | $2,500.00

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
information............. | | _____
_____
_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here**...................................➔ | $0.00

---

**Part 8:** List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**...................................................................................➔ | $2,467,200.00

56. **Part 2: Total vehicles, line 5** | $32,100.00

57. **Part 3: Total personal and household items, line 15** | $5,855.00

58. **Part 4: Total financial assets, line 36** | $86,902.66

59. **Part 5: Total business-related property, line 45** | $0.00

60. **Part 6: Total farm- and fishing-related property, line 52** | $2,500.00

61. **Part 7: Total other property not listed, line 54** | + | $0.00

62. **Total personal property.** Add lines 56 through 61.............. | $127,357.66 | Copy personal property total ➔ | + | $127,357.66

63. **Total of all property on Schedule A/B.** Add line 55 + line 62.................................................................. | $2,594,557.66

Official Form 106A/B  **Schedule A/B: Property**  page **12**

# SCHEDULE A/B: PROPERTY
## Continuation Page

**6.**    **Household goods and furnishings**

| | |
|---|---|
| LIVING ROOM FURNITURE | $400.00 |
| BEDROOM FURNITURE | $650.00 |
| KITCHEN FURNITURE | $300.00 |
| KITCHEN APPLIANCES | $750.00 |
| EVERYDAY DISHES | $250.00 |
| PATIO FURNITURE & LAWNMOWER / GARDENING TOOLS | $300.00 |
| HAND TOOLS | $200.00 |
| POWER TOOLS | $150.00 |

**7.**    Electronics

| | |
|---|---|
| TELEVISIONS (3) | $300.00 |
| VCR/ DVD PLAYERS | $30.00 |
| CELL PHONES (2) | $600.00 |
| CAMERAS/ VIDEO EQUIPMENT | $50.00 |
| TABLET | $100.00 |

**9.**    **Equipment for sports and hobbies**

| | |
|---|---|
| SKIING/ SNOWBOARDING GEAR | $50.00 |
| BINOCULARS | $25.00 |
| CAMPING/FISHING EQUIPMENT | $100.00 |
| SADDLES/ TACK ETC. | $250.00 |
| BICYCLE | $400.00 |
| EXERCISE/ FITNESS EQUIPMENT | $100.00 |

**11.**    Clothes

| | |
|---|---|
| CLOTHING - SELF | $150.00 |
| CLOTHING - SPOUSE | $250.00 |
| CLOTHING - CHILD | $100.00 |

Official Form 106A/B          **Schedule A/B: Property**

Fill in this information to identify your case:

| Debtor 1 | **MISTY** | **LEE** | **ROBERTS** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **JAMES** | **DARIN** | **CLEMONS** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MONTANA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>DECLARATION OF HOMESTEAD RECORDED ON SEPTEMBER 7, 2021 IN CARBON COUNTY.<br>29 POWDER RIVER LANE RED LODGE, MT 59068<br><br>Line from *Schedule A/B*: 1.1 | $267,200.00 | ☑ $378,560.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. §§ 70-32-104, 105, & 25-13-615 |
| Brief description:<br>2019 GMC SIERRA K3500<br>GASOLINE MOTOR, APPROX. 200K MI., HAS RUST.<br><br>Line from *Schedule A/B*: 3.1 | $25,000.00 | ☑ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(2) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

1:23-bk-10019-BPH   Doc#: 1   Filed: 02/28/23   Page 24 of 87

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>2006 CHEVY SILVERADO 1500<br>PAINT DAMAGE / KEYED<br><br>Line from *Schedule A/B:* 3.4 | $4,000.00 | ☑ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(2) |
| Brief description:<br>2000 ALRAY TRAILER<br>ALRAY LIVESTOCK TRAILER<br><br>Line from *Schedule A/B:* 4.1 | $2,000.00 | ☑ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>LIVING ROOM FURNITURE<br><br>Line from *Schedule A/B:* 6 | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>BEDROOM FURNITURE<br><br>Line from *Schedule A/B:* 6 | $650.00 | ☑ $650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>KITCHEN FURNITURE<br><br>Line from *Schedule A/B:* 6 | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>KITCHEN APPLIANCES<br><br>Line from *Schedule A/B:* 6 | $750.00 | ☑ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>EVERYDAY DISHES<br><br>Line from *Schedule A/B:* 6 | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>PATIO FURNITURE & LAWNMOWER /<br>GARDENING TOOLS<br><br>Line from *Schedule A/B:* 6 | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>HAND TOOLS<br><br>Line from *Schedule A/B:* 6 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>POWER TOOLS<br><br>Line from *Schedule A/B:* 6 | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>TELEVISIONS (3)<br><br>Line from *Schedule A/B:* 7 | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>VCR/ DVD PLAYERS<br><br>Line from *Schedule A/B:* 7 | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>CELL PHONES (2)<br><br>Line from *Schedule A/B:* 7 | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>CAMERAS/ VIDEO EQUIPMENT<br><br>Line from *Schedule A/B:* 7 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>TABLET<br><br>Line from *Schedule A/B:* 7 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>SKIING/ SNOWBOARDING GEAR<br><br>Line from *Schedule A/B:* 9 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>BINOCULARS<br><br>Line from *Schedule A/B:* 9 | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |

1:23-bk-10019-BPH   Doc#: 1   Filed: 02/28/23   Page 26 of 87

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>CAMPING/FISHING EQUIPMENT<br><br>Line from *Schedule A/B:* 9 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>SADDLES/ TACK ETC.<br><br>Line from *Schedule A/B:* 9 | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>BICYCLE<br><br>Line from *Schedule A/B:* 9 | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>EXERCISE/ FITNESS EQUIPMENT<br><br>Line from *Schedule A/B:* 9 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>CLOTHING - SELF<br><br>Line from *Schedule A/B:* 11 | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>CLOTHING - SPOUSE<br><br>Line from *Schedule A/B:* 11 | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>CLOTHING - CHILD<br><br>Line from *Schedule A/B:* 11 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |
| Brief description:<br>WEDDING RINGS<br><br>Line from *Schedule A/B:* 12 | $350.00 | ☑ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |

1:23-bk-10019-BPH    Doc#: 1    Filed: 02/28/23    Page 27 of 87

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br><br>2 HORSES, 12 CHICKENS<br><br>Line from *Schedule A/B:* ___47___ | $1,500.00 | ☑ _____ $1,500.00 _____<br><br>☐ 100% of fair market value, up to any applicable statutory limit | MONT. CODE ANN. § 25-13-609(1) |

Fill in this information to identify your case:

| Debtor 1 | **Misty** | **Lee** | **Roberts** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **James** | **Darin** | **Clemons** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Montana**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

| 2. | List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.1 | Akidoi Inc. | Describe the property that secures the claim: | $453,657.03 | $1,100,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

P.O. Box 1570
Number       Street

Red Lodge, MT 59068
City        State       ZIP Code

5 Dreamcatcher Lane (value estimated) Red
Lodge, MT 59068

**As of the date you file,** the claim is: Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
April 1, 2018

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $453,657.03 |
|---|---|

| Debtor 1 | **Misty** First Name | **Lee** Middle Name | **Roberts** Last Name | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **James** First Name | **Darin** Middle Name | **Clemons** Last Name | | |

| Part 1: | Additional Page After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.2** Ally Financial, Inc
Creditor's Name

Attn: Bankruptcy

500 Woodard Ave
Number        Street

Detroit, MI 48226
City                State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
1/1/2020

**Describe the property that secures the claim:**

2019 GMC Sierra K3500
gasoline motor, approx. 200k mi., has rust.

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number  4  9  0  9

Column A: $19,132.00
Column B: $25,000.00
Column C: $0.00

**2.3** Carbon County Treasurer
Creditor's Name

PO Box 828
Number        Street

Red Lodge, MT 59068-0000
City                State        ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
2022

**Describe the property that secures the claim:**

10 Dreamcatcher Lane (value estimated) Red Lodge, MT 59068

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
  **Property Tax**

Last 4 digits of account number  5  9  0  0

Column A: $3,871.03
Column B: $1,100,000.00
Column C: $0.00

| Add the dollar value of your entries in Column A on this page. Write that number here: | $23,003.03 |
|---|---|

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 7

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

### 2.4

Carbon County Treasurer
Creditor's Name

PO Box 828
Number       Street

Red Lodge, MT 59068-0000
City          State      ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
2022

**Describe the property that secures the claim:**

Declaration of Homestead recorded on September 7, 2021 in Carbon County.
29 Powder River Lane Red Lodge, MT 59068

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Property Tax**

**Last 4 digits of account number** 1 4 0 0

Column A: $1,015.88  Column B: $267,200.00  Column C: $0.00

### 2.5

CORBUS MONTANA PROPERTIES TRUST
Creditor's Name

PO Box 204
Number       Street

Red Lodge, MT 59068-0000
City          State      ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
Nov 1, 2017

**Describe the property that secures the claim:**

Declaration of Homestead recorded on September 7, 2021 in Carbon County.
29 Powder River Lane Red Lodge, MT 59068

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

**Remarks:** Purchaser's Interest in Contract for Deed. Balloon payment due Nov 1, 2027.

Column A: $363,492.94  Column B: $267,200.00  Column C: $96,292.94

**Add the dollar value of your entries in Column A on this page. Write that number here:** $364,508.82

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>*Do not deduct the value of collateral.* | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>*If any* |
|---|---|---|---|---|

**2.6** | G Barclay Corbus
Creditor's Name

PO Box 204
Number        Street

Red Lodge, MT 59068-0000
City        State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
March 18, 2022

**Describe the property that secures the claim:**

> 5 Dreamcatcher Lane (value estimated) Red Lodge, MT 59068

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

Column A: $54,003.72 — Column B: $1,100,000.00 — Column C: $0.00

**2.7** | G. Barclay Corbus
Creditor's Name

PO Box 204
Number        Street

Red Lodge, MT 59068-0000
City        State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
Oct 5, 2020

**Describe the property that secures the claim:**

> 

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

Column A: $1,200,000.00 — Column B: $0.00 — Column C: $1,200,000.00

> **Remarks:**
> Amount Estimated; Disputed Complaint filed in DV 20-80, Montana Twenty-Second Judicial District Court, Carbon County with related prejudgment writ of attachment dated April 7, 2021.

**Add the dollar value of your entries in Column A on this page. Write that number here:** | $1,254,003.72

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |

| 2.8 | G. Barclay Corbus | **Describe the property that secures the claim:** | $592,824.11 | $2,468,500.00 | $0.00 |

**2.8** G. Barclay Corbus
Creditor's Name

PO Box 204
Number       Street

Red Lodge, MT 59068-0000
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
March 18, 2022

**Describe the property that secures the claim:**

5 Dreamcatcher Lane (value estimated) Red Lodge, MT 59068
10 Dreamcatcher Lane (value estimated) Red Lodge, MT 59068
Declaration of Homestead recorded on September 7, 2021 in Carbon County.
29 Powder River Lane Red Lodge, MT 59068
PJ's LLC, FKA PJ Property Management and Tree Removal Service, LLC. (The LLC's personal property assets totaling about 50k are included in the value of Ms. Roberts' Dreamcatcher real property as it will be sold with that property. The remaining assets owned by the LLC are valued at $1,300.00.)

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

**Column A**
$592,824.11

**Column B**
$2,468,500.00

**Column C**
$0.00

**Remarks:** Judgment Lien. Amount estimated

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $592,824.11 |
|---|---|

| | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **Part 1:** | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | | |

| **2.9** Sean Richards | **Describe the property that secures the claim:** | $10,000.00 | $1,100,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 2562

Number     Street

Red Lodge, MT 59068

City     State     ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

8/2/2022

**Describe the property that secures the claim:**

10 Dreamcatcher Lane (value estimated) Red Lodge, MT 59068

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number __ __ __ __

| Add the dollar value of your entries in Column A on this page. Write that number here: | $10,000.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $2,697,996.71 |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

---

**1**

G. Barclay Corbus
Name

PO Box 204
Number          Street

Red Lodge, MT 59068-0000
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ____5

**Last 4 digits of account number** ___ ___ ___ ___

---

**2**

Papez, Jacqueline
Name

P.O. Box 1185
Number          Street

Helena, MT 59624
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ____7

**Last 4 digits of account number** ___ ___ ___ ___

---

**3**

Papez, Jacqueline
Name

P.O. Box 1185
Number          Street

Helena, MT 59624
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ____5

**Last 4 digits of account number** ___ ___ ___ ___

---

**4**

Papez, Jacqueline
Name

P.O. Box 1185
Number          Street

Helena, MT 59624
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ____8

**Last 4 digits of account number** ___ ___ ___ ___

---

Fill in this information to identify your case:

| Debtor 1 | **MISTY** | **LEE** | **ROBERTS** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **JAMES** | **DARIN** | **CLEMONS** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MONTANA**

Case number
(if known) _____

☐ Check if this is an
amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2.   List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

**IRS**
Priority Creditor's Name

**PO BOX 7346**
Number       Street

**PHILADELPHIA, PA 19101-7346**
City                       State       ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?   2020**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: **$112,754.58**   Priority amount: **$112,754.58**   Nonpriority amount: **$0.00**

**2.2**

**IRS**
Priority Creditor's Name

**PO BOX 7346**
Number       Street

**PHILADELPHIA, PA 19101-7346**
City                       State       ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?   2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: **$54,057.98**   Priority amount: **$54,057.98**   Nonpriority amount: **$0.00**

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1 of 22

| **Part 1:** | Your PRIORITY Unsecured Claims - Continuation Page |
| --- | --- |

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- | --- |

**2.3**

**IRS**
Priority Creditor's Name

**PO BOX 7346**
Number    Street

**PHILADELPHIA, PA 19101-7346**
City     State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: 3RD QUARTER 2017 $11,527.93; 4TH QUARTER 2017 $16,053.16

Last 4 digits of account number _____

When was the debt incurred? **2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
**940/941**

Total claim: **$27,581.09**   Priority amount: **$27,581.09**   Nonpriority amount: **$0.00**

---

**2.4**

**IRS**
Priority Creditor's Name

**PO BOX 7346**
Number    Street

**PHILADELPHIA, PA 19101-7346**
City     State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? **2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
**940/941**

Total claim: **$62,504.43**   Priority amount: **$62,504.43**   Nonpriority amount: **$0.00**

---

**2.5**

**IRS**
Priority Creditor's Name

**PO BOX 7346**
Number    Street

**PHILADELPHIA, PA 19101-7346**
City     State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? **2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
**940/941**

Total claim: **$55,803.26**   Priority amount: **$55,803.26**   Nonpriority amount: **$0.00**

Official Form 106E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 2 of 22

**Part 1:** Your PRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

---

**2.6**

**IRS**
Priority Creditor's Name

**PO BOX 7346**
Number          Street

**PHILADELPHIA, PA 19101-7346**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** 1ST QUARTER 2020

**Last 4 digits of account number** _____

**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify
  **940/941**

Total claim: **$1,664.74**  Priority amount: **$1,664.74**  Nonpriority amount: **$0.00**

---

**2.7**

**IRS**
Priority Creditor's Name

**PO BOX 7346**
Number          Street

**PHILADELPHIA, PA 19101-7346**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** ESTIMATED 2022 FEDERAL INCOME TAX LIABILITY PER CPA.

**Last 4 digits of account number** _____

**When was the debt incurred?** 2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

Total claim: **$83,000.00**  Priority amount: **$83,000.00**  Nonpriority amount: **$0.00**

---

**2.8**

**MT DEPT OF REVENUE**
Priority Creditor's Name

**PO BOX 7701**
Number

**BANKRUPTCY UNIT**
Number          Street

**HELENA, MT 59604-7701**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** 2020 INCOME TAX, MISTY ROBERTS

**Last 4 digits of account number** 0752

**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

Total claim: **$10,864.76**  Priority amount: **$10,864.76**  Nonpriority amount: **$0.00**

---

| Part 1: | Your PRIORITY Unsecured Claims - Continuation Page |

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

**2.9**   **MT DEPT OF REVENUE**     **$20,000.00**   **$20,000.00**   **$0.00**
Priority Creditor's Name

**BANKRUPTCY UNIT**

**PO BOX 7701**
Number   Street

**HELENA, MT 59604-7701**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** ESTIMATED 2022 MT INCOME TAX PER CPA

Last 4 digits of account number _____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

---

**2.10**   **MT DEPT OF REVENUE**     **$6,806.80**   **$6,806.80**   **$0.00**
Priority Creditor's Name

**PO BOX 7701**

**BANKRUPTCY UNIT**
Number   Street

**HELENA, MT 59604-7701**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** 2021 INCOME TAX, MISTY ROBERTS

Last 4 digits of account number _____
When was the debt incurred? _2021_

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

---

**2.11**   **MT DEPT OF REVENUE**     **$17,186.40**   **$17,186.40**   **$0.00**
Priority Creditor's Name

**PO BOX 7701**

**BANKRUPTCY UNIT**
Number   Street

**HELENA, MT 59604-7701**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____
When was the debt incurred? _2020_

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

---

Official Form 106E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     page 4 of 22

**Part 1:**   Your PRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

**2.12**

**MT DEPT OF REVENUE**
Priority Creditor's Name

**PO BOX 7701**

**BANKRUPTCY UNIT**
Number   Street

**HELENA, MT 59604-7701**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: LODGING TAX 4TH QUARTER 2020

Last 4 digits of account number _____
When was the debt incurred? 2020

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify
  **PRIORITY ARREARAGE**

Total claim: **$566.22**   Priority amount: **$566.22**   Nonpriority amount: **$0.00**

---

**2.13**

**MT DEPT OF REVENUE**
Priority Creditor's Name

**PO BOX 7701**

**BANKRUPTCY UNIT**
Number   Street

**HELENA, MT 59604-7701**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: 2022 LODGING TAX 1ST AND 2ND QUARTER

Last 4 digits of account number _____
When was the debt incurred? 2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify
  **PRIORITY ARREARAGE**

Total claim: **$2,393.77**   Priority amount: **$2,393.77**   Nonpriority amount: **$0.00**

---

**2.14**

**MT DEPT OF REVENUE**
Priority Creditor's Name

**PO BOX 7701**

**BANKRUPTCY UNIT**
Number   Street

**HELENA, MT 59604-7701**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____
When was the debt incurred? 2021

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify
  **PRIORITY ARREARAGE**

Total claim: **$2,913.77**   Priority amount: **$2,913.77**   Nonpriority amount: **$0.00**

Official Form 106E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     page 5 of 22

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

**4.1**

| ARM SOLUTIONS | Last 4 digits of account number  9132 | $1,173.34 |
|---|---|---|

Nonpriority Creditor's Name

PO BOX 3666

Number        Street

CAMARILLO, CA 93011-3666

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **BUSINESS DEBT**

**4.2**

| BANK OF THE WEST | Last 4 digits of account number  6354 | $14,686.00 |
|---|---|---|

Nonpriority Creditor's Name

180 MONTGOMERY STREET 25TH FLOOR

ATTN: BANKRUPTCY

Number        Street

SAN FRANCISCO, CA 94104-0000

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    05/01/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **SURRENDERED VEHICLE**

**Remarks:** 2017 GMC YUKON - SURRENDERED

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.3** **BARCLAYS BANK DELAWARE**
Nonpriority Creditor's Name

**ATTN: BANKRUPTCY**

**PO BOX 8801**
Number          Street

**WILMINGTON, DE 19899-0000**
City              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **3907**

**When was the debt incurred?** **2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**CREDIT CARD**

Total claim: **$3,784.00**

---

**4.4** **BUILDERS FIRST SOURCE, INC.**
Nonpriority Creditor's Name

**5519 20TH STREET E**
Number          Street

**TACOMA, WA 98424-0000**
City              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **0951**

**When was the debt incurred?** **2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**BUSINESS DEBT**

Total claim: **$8,750.16**

---

**4.5** **CAPITAL ONE**
Nonpriority Creditor's Name

**PO BOX 30285**

**ATTN: BANKRUPTCY**
Number          Street

**SALT LAKE CITY, UT 84130-0000**
City              State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **1000**

**When was the debt incurred?** **04/01/2011**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**CREDITCARD**

Total claim: **$2,829.00**

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 7 of 22

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.6** CAPITAL ONE        **$2,078.00**
Nonpriority Creditor's Name

PO BOX 30285

ATTN: BANKRUPTCY
Number    Street

SALT LAKE CITY, UT 84130-0000
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **7141**

When was the debt incurred? **07/01/2007**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CREDITCARD**

---

**4.7** CB1, INC.        **$1,715.50**
Nonpriority Creditor's Name

PO BOX 7429
Number    Street

MISSOULA, MT 59807-7429
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **COLLECTING FOR NORTHERN INDUSTRIAL HYGIENE**

---

**4.8** COMMERCIAL COLLECTIONS OF AMERICA, LLC        **$56,681.32**
Nonpriority Creditor's Name

2180 W GRANT LINE RD. STE 202
Number    Street

TRACY, CA 95377
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **5612**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **COLLECTING FOR SWIFT CAPITAL**

---

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 8 of 22

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.9** **CREDIT COLLECTIONS BUREAU**
Nonpriority Creditor's Name

**PO BOX 9490**
Number Street

**RAPID CITY, SD 57709-0000**
City State ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __9776__

When was the debt incurred? __2020__

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**BUSINESS DEBT - COLLECTING FOR ROCK CREEK LUMBER**

$64,073.64

---

**4.10** **CREDIT ONE BANK**
Nonpriority Creditor's Name

**ATTN: BANKRUPTCY DEPARTMENT**

**PO BOX 98873**
Number Street

**LAS VEGAS, NV 89193**
City State ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __4968__

When was the debt incurred? __04/01/2022__

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**CREDITCARD**

$380.00

---

**4.11** **CREDIT SERVICE CO., INC.**
Nonpriority Creditor's Name

**960 S. 24TH W. STE D**
Number Street

**BILLINGS, MT 59102**
City State ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __4XKD__

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**COLLECTING FOR YELLOWSTONE BANK**

$192.51

---

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 9 of 22

**Part 2:**   Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.12**   **CREDIT SERVICE COMPANY**      **$23,309.00**

Nonpriority Creditor's Name

**PO BOX 80908**

**ATTN: BANKRUPTCY**

Number     Street

**BILLINGS, MT 59108-0000**

City     State     ZIP Code

Last 4 digits of account number **43BE**

When was the debt incurred?   **03/01/2021**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **COLLECTING FOR BILLINGS CLINIC**

---

**4.13**   **CREDIT SERVICE COMPANY**      **$3,151.00**

Nonpriority Creditor's Name

**PO BOX 80908**

**ATTN: BANKRUPTCY**

Number     Street

**BILLINGS, MT 59108-0000**

City     State     ZIP Code

Last 4 digits of account number **3MPE**

When was the debt incurred?   **07/01/2020**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **COLLECTING FOR BILLINGS CLINIC**

---

**4.14**   **FIRST PREMIER BANK**      **$920.00**

Nonpriority Creditor's Name

**PO BOX 5524**

**ATTN: BANKRUPTCY**

Number     Street

**SIOUX FALLS, SD 57117-0000**

City     State     ZIP Code

Last 4 digits of account number **6817**

When was the debt incurred?   **05/01/2018**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CREDIT CARD**

---

| Debtor 1 | **MISTY** | **LEE** | **ROBERTS** | |
|---|---|---|---|---|
| Debtor 2 | **JAMES** | **DARIN** | **CLEMONS** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.15**

**FIRST PREMIER BANK**
Nonpriority Creditor's Name

**PO BOX 5524**

**ATTN: BANKRUPTCY**
Number    Street

**SIOUX FALLS, SD 57117-0000**
City            State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **5150**

**When was the debt incurred?** **03/01/2020**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**CREDIT CARD**

**$446.00**

---

**4.16**

**GB COLLECTS, LLC**
Nonpriority Creditor's Name

**1253 HADDONFIELD BERLIN RD**
Number    Street

**VOORHEES, NJ 08043-4847**
City            State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **6014**

**When was the debt incurred?** **2020**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**BUSINESS DEBT**

**$372.55**

---

**4.17**

**IRS**
Nonpriority Creditor's Name

**PO BOX 7346**
Number    Street

**PHILADELPHIA, PA 19101-7346**
City            State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** **2008**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**INDIVIDUAL INCOME TAX**

**$11,992.45**

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 11 of 22

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

---

**4.18**

**IRS**
Nonpriority Creditor's Name

**PO BOX 7346**
Number          Street

**PHILADELPHIA, PA 19101-7346**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____
**When was the debt incurred?** _____2013_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**INDIVIDUAL INCOME TAX**

**Total claim: $10,328.67**

---

**4.19**

**IRS**
Nonpriority Creditor's Name

**PO BOX 7346**
Number          Street

**PHILADELPHIA, PA 19101-7346**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____
**When was the debt incurred?** _____2014_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**INDIVIDUAL INCOME TAX**

**Total claim: $1,354.78**

---

**4.20**

**IRS**
Nonpriority Creditor's Name

**PO BOX 7346**
Number          Street

**PHILADELPHIA, PA 19101-7346**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____
**When was the debt incurred?** _____2018_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**INDIVIDUAL INCOME TAX**

**Total claim: $48.64**

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 12 of 22

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.21**

**JOSEPH MANN & CREED**
Nonpriority Creditor's Name

**20600 CHAGRIN BLVD. STE. 550**

**COLLECTION AGENCY**
Number     Street

**SHAKER HEIGHTS, OH 44122-5340**
City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **9334**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **COLLECTING FOR HUGHES NETWORK SYSTEMS**

Total claim: **$300.00**

---

**4.22**

**MCCARTHY, BURGESS, & WOLFF**
Nonpriority Creditor's Name

**26000 CANNON ROAD**
Number     Street

**CLEVELAND, OH 44146-0000**
City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **6559**

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **BUSINESS DEBT - COLLECTING FOR SPECTRUM**

Total claim: **$412.07**

---

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.23**

**MIDWAY RENTAL**
Nonpriority Creditor's Name

**PO BOX 5450**
Number       Street

**KALISPELL, MT 59904**
City                State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: JUSTICE COURT

Last 4 digits of account number  1-23

**When was the debt incurred?**  03/29/2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **BUSINESS DEBT / JUDGMENT: CV 220-2021-0023**

**$13,155.53**

**4.24**

**MT DEPARTMENT OF LABOR & INDUSTRY**
Nonpriority Creditor's Name

**MONTANA UNEMPLOYMENT INSURANCE DIVISION**

**PO BOX 6339**
Number       Street

**HELENA, MT 59604-6339**
City                State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  9244

**When was the debt incurred?**  2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **BUSINESS DEBT**

**$64,701.80**

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 14 of 22

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.25**

**NAVIENT**
Nonpriority Creditor's Name

**PO BOX 9640**

**ATTN: BANKRUPTCY**
Number    Street

**WILKES-BARRE, PA 18773-0000**
City    State    ZIP Code

Last 4 digits of account number   **PLE**

When was the debt incurred?   **1995-1999**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim: $7,536.00**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify
    **EDUCATIONAL**

---

**4.26**

**PAYPAL CREDIT**
Nonpriority Creditor's Name

**PO BOX 5138**
Number    Street

**TIMONIUM, MD 21094-0000**
City    State    ZIP Code

Last 4 digits of account number   **5612**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim: $56,681.32**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **BUSINESS DEBT**

---

**4.27**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
Nonpriority Creditor's Name

**ATTN: BANKRUPTCY**

**120 CORPORATE BOULEVARD**
Number    Street

**NORFOLK, VA 23502**
City    State    ZIP Code

Last 4 digits of account number   **2328**

When was the debt incurred?   **03/19/2022**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim: $783.00**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **COLLECTING FOR SYNCHRONY BANK**

---

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.28**

PRACTICAL TAXES INC.
Nonpriority Creditor's Name

PO BOX 21285
Number          Street

BILLINGS, MT 59104-0000
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred?    2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**BUSINESS DEBT**

$800.00

---

**4.29**

PRACTICAL TAXES INC.
Nonpriority Creditor's Name

PO BOX 21285
Number          Street

BILLINGS, MT 59104-0000
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred?    2020-2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**BUSINESS DEBT**

$3,714.00

---

**4.30**

PRACTICAL TAXES INC.
Nonpriority Creditor's Name

PO BOX 21285
Number          Street

BILLINGS, MT 59104-0000
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred?    2020-2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**BUSINESS DEBT**

$2,700.00

---

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. **Total claim**

---

**4.31** **RADIUS GLOBAL SOLUTIONS, LLC**
Nonpriority Creditor's Name

**PO BOX 390846**
Number          Street

**MINNEAPOLIS, MN 55439**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **7724**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**CREDIT CARD**

Total claim: **$1,525.01**

---

**4.32** **REVENUE ENTERPRISES LLC**
Nonpriority Creditor's Name

**ATTN: BANKRUPTCY**

**PO BOX 441368**
Number          Street

**AURORA, CO 80044**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: BEARTOOTH BILLINGS CLINIC

Last 4 digits of account number **3363**

**When was the debt incurred?** **07/01/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**COLLECTION AGENCY FOR BEARTOOTH BILLINGS CLINIC**

Total claim: **$17.00**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 17 of 22

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.     **Total claim**

---

**4.33**    **STATES RECOVERY SYSTEMS**       **$14,430.00**

Nonpriority Creditor's Name

**ATTN: BANKRUPTCY**

**PO BOX 2860**
Number     Street

**RANCHO CORDOVA, CA 95741-0000**
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **9529**

**DATE OPENED : 03/2021 LAST REPORTED 07/2021**

When was the debt incurred? **07/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **COLLECTING FOR BANK OF THE WEST PERSONAL LOAN**

---

**4.34**    **SYNERGETIC COMMUNICATIONS, INC.**       **$2,105.59**

Nonpriority Creditor's Name

**5450 N.W. CENTRAL #220**
Number     Street

**HOUSTON, TX 77092-2016**
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **1354**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **COLLECTING FOR CITIBANK**

---

**4.35**    **TARGET NB**       **$728.00**

Nonpriority Creditor's Name

**C/O FINANCIAL & RETAIL SERVICES**

**MAILSTOP BT PO BOX 9475**
Number     Street

**MINNEAPOLIS, MN 55440**
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **5293**

When was the debt incurred? **12/01/2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CREDITCARD**

**Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.36**

TOWE, BALL, MACKEY
Nonpriority Creditor's Name

PO BOX 30457

SOMMERFELD & TURNER, PLLP
Number          Street

BILLINGS, MT 59107-0457
City                State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: LEGAL SERVICES

Last 4 digits of account number  915M

When was the debt incurred?   2021

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **BUSINESS DEBT**

$13,557.71

---

**4.37**

TOWE, BALL, MACKEY
Nonpriority Creditor's Name

PO BOX 30457

SOMMERFELD & TURNER, PLLP
Number          Street

BILLINGS, MT 59107-0457
City                State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: LEGAL SERVICES

Last 4 digits of account number  000M

When was the debt incurred?    2021

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **BUSINESS DEBT**

$1,597.50

Official Form 106E/F                  Schedule E/F: Creditors Who Have Unsecured Claims                  page 19 of 22

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.38**

TOWE, BALL, MACKEY
Nonpriority Creditor's Name

PO BOX 30457

SOMMERFELD & TURNER, PLLP
Number          Street

BILLINGS, MT 59107-0457
City                State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: LEGAL SERVICES

**Last 4 digits of account number** 137M

**When was the debt incurred?**   2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **BUSINESS DEBT**

**$382.50**

---

**4.39**

US DEPARTMENT OF JUSTICE
Nonpriority Creditor's Name

700 GRANT ST SUITE 3110
Number          Street

PITTSBURGH, PA 15219
City                State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 3001

**When was the debt incurred?**   2000

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **RESTITUTION**

**$1,300.04**

---

Official Form 106E/F                          Schedule E/F: Creditors Who Have Unsecured Claims                          page 20 of 22

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.** For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

__CAPITAL ONE__
Name
__PO BOX 30285__
__ATTN: BANKRUPTCY__
Number      Street
__SALT LAKE CITY, UT 84130-0000__
City                          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.31__ of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __7724__

---

__KLEPPERICH, MICHAEL J.__
Name
__490 N 31ST ST STE 500__
Number      Street
__BILLINGS, MT 59101-1267__
City                          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.23__ of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

__U.S. ATTORNEY - BK NOTICES__
Name
__U.S. COURT HOUSE__
__2601 SECOND AVE. NORTH__
Number      Street
__BILLINGS, MT 59101__
City                          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.25__ of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

_____
Name
_____
Number      Street
_____
City                          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

| **Part 4:** | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $304,670.52 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $153,427.28 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. | $458,097.80 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $7,536.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $387,157.63 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | $394,693.63 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **MISTY** | **LEE** | **ROBERTS** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **JAMES** | **DARIN** | **CLEMONS** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **DISTRICT OF MONTANA** |
| Case number (if known) | | |

☐ Check if this is an amended filing

<u>Official Form 106G</u>

# Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number     Street | |
| City                     State     ZIP Code | |
| **2.2** | |
| Name | |
| Number     Street | |
| City                     State     ZIP Code | |
| **2.3** | |
| Name | |
| Number     Street | |
| City                     State     ZIP Code | |
| **2.4** | |
| Name | |
| Number     Street | |
| City                     State     ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1      **MISTY**        **LEE**         **ROBERTS**
              First Name       Middle Name     Last Name

Debtor 2      **JAMES**        **DARIN**       **CLEMONS**
(Spouse, if filing)  First Name   Middle Name  Last Name

United States Bankruptcy Court for the:        **DISTRICT OF MONTANA**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1.  **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
    ☐ No
    ☑ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☑ No. Go to line 3.
    ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
        ☐ No
        ☐ Yes. In which community state or territory did you live? _____ Fill in the name and current address of that person.

    _____
    Name

    _____
    Number     Street

    _____
    City                State    ZIP Code

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** ALPINE HOME IMPROVEMENTS, LLC<br>Name<br>PO BOX 2313<br>Number     Street<br>RED LODGE, MT 59068-2313<br>City                State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  4.8, 4.23<br>☐ Schedule G, line _____ |
| **3.2** PJ PROPERTY MANAGEMENT AND TREE REMOVAL SERVICE, LLC<br>Name<br>PO BOX 2313<br>Number     Street<br>RED LODGE, MT 59068<br>City                State    ZIP Code | ☑ Schedule D, line  2.7, 2.8<br>☑ Schedule E/F, line  4.7<br>☐ Schedule G, line _____ |

1:23-bk-10019-BPH   Doc#: 1   Filed: 02/28/23   Page 59 of 87

Fill in this information to identify your case:

| Debtor 1 | **MISTY** | **LEE** | **ROBERTS** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **JAMES** | **DARIN** | **CLEMONS** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **DISTRICT OF MONTANA** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed ☐ Not Employed | ☑ Employed ☐ Not Employed |
| | Occupation | OWNER | OWNER |
| | Employer's name | MEDICINE FLOWER LODGE | NORTHWEST CONSULTING & CONSTRUCTION LLC |
| | Employer's address | PO BOX BOX 2313 | PO BOX BOX 2313 |
| | | Number Street | Number Street |
| | | RED LODGE, MT 59068 | RED LODGE, MT 59068 |
| | | City        State        Zip Code | City        State        Zip Code |
| | How long employed there? | 5 YEARS 3 MONTHS | 3 YEARS 3 MONTHS |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. $0.00 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $0.00 | $0.00 |

1:23-bk-10019-BPH    Doc#: 1    Filed: 02/28/23    Page 60 of 87

| Debtor 1 | **MISTY** | **LEE** | **ROBERTS** | | |
|---|---|---|---|---|---|
| Debtor 2 | **JAMES** | **DARIN** | **CLEMONS** | | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | | |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|

|  | Copy line 4 here.............................................................➔ | 4. | $0.00 | $0.00 |
|---|---|---|---|---|

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |

| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $0.00 |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |

**8.** List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | 8a. | $3,980.05 | $18,130.69 |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | 8c. | $0.00 | $0.00 |
|---|---|---|---|
| 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| Specify: _____ | 8f. | $0.00 | $0.00 |
|---|---|---|---|
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |

| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $3,980.05 | $18,130.69 |
|---|---|---|---|---|

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $3,980.05 | + $18,130.69 | = $22,110.74 |
|---|---|---|---|---|---|

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. + $0.00

| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies | 12. | $22,110.74 |
|---|---|---|---|

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain: MEDICINE FLOWER LODGE / PJ, LLC IS EXPECTED TO CEASE OPERATION WITHIN THE YEAR. MISTY DOES NOT CURRENTLY HAVE REPLACEMENT EMPLOYMENT. ALL INCOME IS FROM BUSINESS DRAWS. TAX LIABILITY IS ESTIMATED. INCOME IS NET OF TAXES, HEALTH AND DENTAL.

Case 1:23-bk-10019-SDR Filed: 02/28/23   Page 61 of 87

8a. Attached Statement

## BUSINESS INCOME - MEDICINE FLOWER LODGE

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 1. | Gross Monthly Income: | $7,328.88 |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 2. | Ordinary and necessary expense | $25.00 |
| 3. | Net Employee Payroll (Other than debtor) | $0.00 |
| 4. | Payroll Taxes | $0.00 |
| 5. | Unemployment Taxes | $0.00 |
| 6. | Worker's Compensation | $0.00 |
| 7. | Other Taxes | $0.00 |
| 8. | Inventory Purchases (Including raw materials) | $0.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | $0.00 |
| 10. | Rent (Other than debtor's principal residence) | $0.00 |
| 11. | Utilities | $818.69 |
| 12. | Office Expenses and Supplies | $732.63 |
| 13. | Repairs and Maintenance | $143.54 |
| 14. | Vehicle Expenses | $547.42 |
| 15. | Travel and Entertainment | $493.95 |
| 16. | Equipment Rental and Leases | $0.00 |
| 17. | Legal/Accounting/Other Professional Fees | $0.00 |
| 18. | Insurance | $587.60 |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | $0.00 |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | $0.00 |
| 21. | Other Expenses | |
| | TOTAL OTHER EXPENSES | $0.00 |
| 22. | TOTAL MONTHLY EXPENSES(Add item 2 - 21) | $3,348.83 |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1) | $3,980.05 |

Official Form 106I     **Schedule I: Your Income**     page 3

8a. Attached Statement

# BUSINESS INCOME - NORTHWEST CONSULTING & CONSTRUCTION

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | | |
|---|---|---|---|
| 1. | Gross Monthly Income: | | $67,588.10 |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | | | |
|---|---|---|---|---|
| 2. | Ordinary and necessary expense | | $0.00 | |
| 3. | Net Employee Payroll (Other than debtor) | | $0.00 | |
| 4. | Payroll Taxes | | $0.00 | |
| 5. | Unemployment Taxes | | $0.00 | |
| 6. | Worker's Compensation | | $0.00 | |
| 7. | Other Taxes | | $82.00 | |
| 8. | Inventory Purchases (Including raw materials) | | $21,974.59 | |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | | $0.00 | |
| 10. | Rent (Other than debtor's principal residence) | | $0.00 | |
| 11. | Utilities | | $417.41 | |
| 12. | Office Expenses and Supplies | | $0.00 | |
| 13. | Repairs and Maintenance | | $1,412.04 | |
| 14. | Vehicle Expenses | | $2,580.81 | |
| 15. | Travel and Entertainment | | $170.78 | |
| 16. | Equipment Rental and Leases | | $2,619.50 | |
| 17. | Legal/Accounting/Other Professional Fees | | $843.16 | |
| 18. | Insurance | | $782.80 | |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | | $0.00 | |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | | | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | | $0.00 | |
| 21. | Other Expenses | | | |
| | Subcontractor | $17,045.50 | | |
| | Other | $1,528.82 | | |
| | TOTAL OTHER EXPENSES | | $18,574.32 | |
| 22. | TOTAL MONTHLY EXPENSES(Add item 2 - 21) | | | $49,457.41 |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | | |
|---|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1) | | $18,130.69 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **MISTY** | **LEE** | **ROBERTS** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **JAMES** | **DARIN** | **CLEMONS** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MONTANA**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

      ☑ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| CHILD | 6 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $2,147.00 |
| | **If not included in line 4:** | |
| | 4a. Real estate taxes | 4a. $135.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b. $290.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c. $250.00 |
| | 4d. Homeowner's association or condominium dues | 4d. $10.00 |

| | | Your expenses |
|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |

| | | | Your expenses |
|---|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $225.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $230.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $250.00 |
| | 6d. Other. Specify: _____ | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $900.00 |
| 8. | **Childcare and children's education costs** | 8. | $300.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $200.00 |
| 10. | **Personal care products and services** | 10. | $100.00 |
| 11. | **Medical and dental expenses** | 11. | $250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $450.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $200.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $175.00 |
| | 15b. Health insurance | 15b. | $0.00 |
| | 15c. Vehicle insurance | 15c. | $611.15 |
| | 15d. Other insurance. Specify: DISABILITY INSURANCE | 15d. | $50.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: SEE ADDITIONAL PAGE | 16. | $8,658.34 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $481.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify: GYM MEMBERSHIP | 17c. | $40.00 |
| | 17d. Other. Specify: _____ | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $2,684.11 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

| | | | |
|---|---|---|---|
| 21. | **Other.** Specify: _____ | 21. + | $0.00 |
| 22. | **Calculate your monthly expenses.** | | |
| | 22a. Add lines 4 through 21. | 22a. | $18,636.60 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $0.00 |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $18,636.60 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 (your combined monthly income) from *Schedule I*. | 23a. | $22,110.74 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. – | $18,636.60 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $3,474.14 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.

Explain here:
AKIDOI, LLC CONTRACT FOR DEED ANTICIPATED TO BE PAID IN FULL UPON SALE OF DREAMCATCHER PROPERTY.

|  | Amount |
|---|---|
| **16. Taxes** | |
| VEHICLE | $75.00 |
| ESTIMATED FEDERAL INCOME TAX | $6,916.67 |
| ESTIMATED STATE INCOME TAX | $1,666.67 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **MISTY** | **LEE** | **ROBERTS** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **JAMES** | **DARIN** | **CLEMONS** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MONTANA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /S/ MISTY LEE ROBERTS          X /S/ JAMES DARIN CLEMONS
Misty Lee Roberts , Debtor 1          James Darin Clemons , Debtor 2

Date 02/27/2023          Date 02/27/2023
MM/ DD/ YYYY          MM/ DD/ YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **MISTY** | **LEE** | **ROBERTS** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **JAMES** | **DARIN** | **CLEMONS** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **DISTRICT OF MONTANA** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:**  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| | To _____ | | To _____ |
| Number   Street | | Number   Street | |
| City              State  ZIP Code | | City              State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| | To _____ | | To _____ |
| Number   Street | | Number   Street | |
| City              State  ZIP Code | | City              State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross Income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross Income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $4,902.13 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $35,393.14 |
| **For last calendar year:**<br>(January 1 to December 31, 2022 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $73,059.06 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $245,830.55 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $74,597.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $122,428.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross Income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2022 )<br>YYYY | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 )<br>YYYY | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |

| **Part 3:** | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____ Creditor's Name _____ Number     Street _____ City          State     ZIP Code | _____ _____ _____ | _____ | _____ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ Insider's Name _____ Number     Street _____ City          State     ZIP Code | _____ _____ | _____ | _____ | |

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page **3**

| Debtor 1 | MISTY | LEE | ROBERTS | |
|---|---|---|---|---|
| Debtor 2 | JAMES | DARIN | CLEMONS | |
| | First Name | Middle Name | Last Name | Case number (if known) _____ |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ Insider's Name | _____ | _____ | _____ | |
| _____ Number      Street | _____ | | | |
| _____ | _____ | | | |
| _____ City          State     ZIP Code | | | | |

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | G. BARCLAY CORBUS VS. MISTY ROBERTS, JAMIE CLEMONS, AND PJ PROPERTY MANAGEMENT AND TREE REMOVAL SERVICE, LLC | CIVIL | CARBON COUNTY DISTRICT COURT OF MONTANA Court Name _____ Number     Street _____ City          State     ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| Case number DV 2020-80 | | | | |
| Case title | MIDWAY RENTAL VS. MISTY ROBERTS, ALPINE HOME IMPROVEMENTS, LLC | COLLECTION | CARBON COUNTY JUSTICE COURT OF MONTANA Court Name _____ Number     Street _____ City          State     ZIP Code | ☐ Pending ☐ On appeal ☑ Concluded |
| Case number 2021-3-29 | | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|--|----------------------|------|----------------------|
| G. BARCLAY CORBUS<br>Creditor's Name<br><br>PO BOX 204<br>Number    Street<br><br><br><br>RED LODGE, MT 59068-0000<br>City      State    ZIP Code | DEBTORS' CARBON COUNTY REAL PROPERTY BECAME SUBJECT TO A PREJUDGMENT WRIT OF ATTACHMENT IN CASE DV 20-80 ON APRIL 7, 2021 AND CONTINUED TO BE SUBJECT TO THE WRIT WITHIN 1 YEAR OF THE FILING OF THIS CASE. | 04/07/2021 | _____ |
| | **Explain what happened** | | |

☐ Property was repossessed.

☐ Property was foreclosed.

☐ Property was garnished.

☑ Property was attached, seized, or levied.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|--|--------------------------------------|----------------------|--------|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City      State    ZIP Code | | _____ | _____ |

Last 4 digits of account number: XXXX– __ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

**Part 5:**    List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ | _____ |
| | | _____ | _____ |
| Number   Street | | | |
| City    State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | _____ | _____ |
| | | _____ | _____ |
| Number   Street | | | |
| City    State   ZIP Code | | | |

**Part 6:**   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No

☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss — Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| FLOOD DAMAGE TO LODGE PROPERTY. | POSSIBLE INSURANCE OR FEMA COVERAGE. | 2022 | UNKNOWN |

**Part 7:** List Certain Payments or Transfers

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| PIERCE LAW FIRM, PC | ATTORNEY'S FEE | 2/28/2023 | $11,500.00 |
| Person Who Was Paid | | | |
| PO BOX 280 | | | |
| Number     Street | | | |
| MISSOULA, MT 59806 | | | |
| City          State     ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| SUMMIT FINANCIAL EDUCATION | PRE-BANKRUPTCY CREDIT COUNSELING | 09/15/2022 | $14.95 |
| Person Who Was Paid | | | |
| | | | |
| Number     Street | | | |
| | | | |
| City          State     ZIP Code | | | |
| SUMMITFE.ORG | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |
| Person Who Was Paid | | | |
| | | | |
| Number     Street | | | |
| | | | |
| City          State     ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| DOUGLAS J. MAGNUS AND JULIE A. MAGNUS (BUYERS)<br>Person Who Received Transfer<br><br>Number    Street<br><br>City         State    ZIP Code<br><br>Person's relationship to you<br>NONE | 410 MCGILLEN AVE. S, RED LODGE, MT 59068 | $179,888 SALES PRICE, NO NET PAYMENT TO DEBTORS AT CLOSING. | JULY 2, 2021 |
| PRIVATE BUYER<br>Person Who Received Transfer<br><br>Number    Street<br><br>City         State    ZIP Code<br><br>Person's relationship to you<br>NONE | 1984 SEA RAY BOAT (NON-RUNNING) AND TRAILER | $1,200 RECEIVED FROM BUYERS, SPRING, 2021 | SPRING, 2021 |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**

(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |

1:23-bk-10019-BPH   Doc#: 1   Filed: 02/28/23   Page 76 of 87

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| YELLOWSTONE BANK<br>Name of Financial Institution<br><br>Number    Street<br><br><br>MT<br>City         State   ZIP Code | **XXXX**– 8  7  2  2 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 01/01/01 | $0.00 |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br><br>Number    Street<br><br><br>City         State   ZIP Code | Name<br><br>Number    Street<br><br>City          State     ZIP Code | | ☐ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | MISTY | LEE | ROBERTS | |
|---|---|---|---|---|
| | JAMES | DARIN | CLEMONS | |
| Debtor 2 | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Storage Facility** | **Name** | | ☐ No ☐ Yes |
| **Number   Street** | **Number   Street** | | |
| | **City        State    ZIP Code** | | |
| **City              State    ZIP Code** | | | |

---

## Part 9:  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _MINOR SON_ | | STOCKMAN BANK SAVINGS ACCT #6858 AND BANK OF BRIDGER SAVINGS ACCT # 2943 | _____ |
| **Owner's Name** | **Number   Street** | | |
| **Number   Street** | **City        State    ZIP Code** | | |
| **City        State   ZIP Code** | | | |

---

## Part 10:  Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

**Name of site**

**Governmental unit**

**Number**    **Street**

**Number**    **Street**

**City**      **State**   **ZIP Code**

**City**      **State**   **ZIP Code**

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

**Name of site**

**Governmental unit**

**Number**    **Street**

**Number**    **Street**

**City**      **State**   **ZIP Code**

**City**      **State**   **ZIP Code**

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|---|---|---|

**Case title** _____

**Court Name**

☐ Pending

**Number**    **Street**

☐ On appeal

**Case number**

☐ Concluded

**City**      **State**   **ZIP Code**

| **Part 11:** | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

---

**DBA MEDICINE FLOWER LODGE**
Name

Number    Street

City            State    ZIP Code

| Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|
| VACATION RENTAL OPERATOR | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| | From _____ To _____ |

---

**PJ'S, LLC, FKA PJ PROPERTY MANAGEMENT**
Name

**PO BOX 2313**
Number    Street

**RED LODGE, MT 59068**
City            State    ZIP Code

| Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|
| VACATION RENTAL OPERATIONS | EIN: 8 2 – 3 3 0 8 4 9 0 |

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| | From _____ To CURRENT |

---

**NORTHWEST CONSULTING AND CONSTRUCTION, LLC**
Name

**PO BOX 2313**
Number    Street

**RED LODGE, MT 59068**
City            State    ZIP Code

| Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|
| CONSTRUCTION | EIN: 8 4 – 3 6 4 2 8 5 2 |

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| | From 2021 To CURRENT |

---

**ALPINE CONTRACTING, LLC**
Name

**PO BOX 2313**
Number    Street

**RED LODGE, MT 59068**
City            State    ZIP Code

| Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|
| CONSTRUCTION | EIN: 8 1 – 0 8 3 3 0 6 7 |

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| | From _____ To 2020? |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|

_____    _____

**Name**                                           **MM / DD / YYYY**

_____

**Number     Street**

_____

_____

**City                State     ZIP Code**

---

<table>
<tr><td>**Part 12:**</td><td>Sign Below</td></tr>
</table>

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /S/ MISTY LEE ROBERTS_____            **X** /S/ JAMES DARIN CLEMONS_____

Signature of Misty Lee Roberts , Debtor 1             Signature of James Darin Clemons , Debtor 2

Date 02/27/2023_____                              Date 02/27/2023_____

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Montana

**In re**    ROBERTS , MISTY LEE

        CLEMONS , JAMES DARIN               Case No. _____

**Debtor**                                  Chapter _____13_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................................................. _____ $11,500.00

    Prior to the filing of this statement I have received ................................................................. _____ $11,500.00

    Balance Due ................................................................................................................................. _____ $0.00

2.    The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.    DETAILED ANALYSIS AND CONSIDERATION OF CASE AS ALTERNATIVE CH 7, CH 13 AND SUB V CH 11 FILINGS.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

NEGOTIATIONS WITH SECURED CREDITORS OR TRUSTEE. PREPARATION AND FILING OF REAFFIRMATION AGREEMENTS AND APPLICATIONS AS NEEDED; PREPARATION AND FILING OF MOTIONS FOR AVOIDANCE OF LIENS.

REPRESENTATION OF THE DEBTORS IN ANY DISCHARGEABILITY ACTIONS, RELIEF FROM STAY ACTIONS OR ANY OTHER ADVERSARY PROCEEDING.

<div style="border:1px solid black; padding:10px;">

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 02/27/2023 | /S/ ANDREW W. PIERCE |
|---|---|
| *Date* | Andrew W. Pierce |
| | *Signature of Attorney* |

Bar Number: 5029
PIERCE LAW FIRM, PC
PO BOX 280
MISSOULA, MT 59806
Phone: (406) 540-5206

PIERCE LAW FIRM, PC
*Name of law firm*

</div>

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MONTANA**
**BILLINGS DIVISION**

IN RE: **ROBERTS , MISTY LEE**
      **CLEMONS , JAMES DARIN**

CASE NO

CHAPTER **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____02/27/2023_____    Signature _____/S/ MISTY LEE ROBERTS_____

                                                  Misty Lee Roberts , Debtor

Date _____02/27/2023_____    Signature _____/S/ JAMES DARIN CLEMONS_____

                                                  James Darin Clemons , Joint Debtor

AKIDOI INC.
P.O. BOX 1570
RED LODGE, MT 59068

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY 500 WOODARD AVE
DETROIT, MI 48226

ALPINE HOME
IMPROVEMENTS, LLC
PO BOX 2313
RED LODGE, MT 59068-2313

ARM SOLUTIONS
PO BOX 3666
CAMARILLO, CA 93011-3666

BANK OF THE WEST
180 MONTGOMERY STREET 25TH FLOOR
ATTN: BANKRUPTCY
SAN FRANCISCO, CA 94104-0000

BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899-0000

BUILDERS FIRST SOURCE,
INC.
5519 20TH STREET E
TACOMA, WA 98424-0000

CAPITAL ONE
PO BOX 30285
ATTN: BANKRUPTCY
SALT LAKE CITY, UT 84130-0000

CARBON COUNTY TREASURER
PO BOX 828
RED LODGE, MT 59068-0000

CB1, INC.
PO BOX 7429
MISSOULA, MT 59807-7429

COMMERCIAL COLLECTIONS
OF AMERICA, LLC
2180 W GRANT LINE RD. STE 202
TRACY, CA 95377

CORBUS MONTANA
PROPERTIES TRUST
PO BOX 204
RED LODGE, MT 59068-0000

CREDIT COLLECTIONS
BUREAU
PO BOX 9490
RAPID CITY, SD 57709-0000

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS, NV 89193

CREDIT SERVICE CO., INC.
960 S. 24TH W. STE D
BILLINGS, MT 59102

CREDIT SERVICE COMPANY
PO BOX 80908
ATTN: BANKRUPTCY
BILLINGS, MT 59108-0000

FIRST PREMIER BANK
PO BOX 5524
ATTN: BANKRUPTCY
SIOUX FALLS, SD 57117-0000

G BARCLAY CORBUS
PO BOX 204
RED LODGE, MT 59068-0000

G. BARCLAY CORBUS
PO BOX 204
RED LODGE, MT 59068-0000

GB COLLECTS, LLC
1253 HADDONFIELD BERLIN RD
VOORHEES, NJ 08043-4847

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JOSEPH MANN & CREED
20600 CHAGRIN BLVD. STE. 550
COLLECTION AGENCY
SHAKER HEIGHTS, OH 44122-5340

MICHAEL J. KLEPPERICH
490 N 31ST ST STE 500
BILLINGS, MT 59101-1267

MCCARTHY, BURGESS, &
WOLFF
26000 CANNON ROAD
CLEVELAND, OH 44146-0000

MIDWAY RENTAL
PO BOX 5450
KALISPELL, MT 59904

MT DEPARTMENT OF LABOR &
INDUSTRY
MONTANA UNEMPLOYMENT INSURANCE
DIVISION
PO BOX 6339
HELENA, MT 59604-6339

MT DEPT OF REVENUE
PO BOX 7701
BANKRUPTCY UNIT
HELENA, MT 59604-7701

MT DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 7701
HELENA, MT 59604-7701

NAVIENT
PO BOX 9640
ATTN: BANKRUPTCY
WILKES-BARRE, PA 18773-0000

JACQUELINE PAPEZ
P.O. BOX BOX 1185
HELENA, MT 59624

PAYPAL CREDIT
PO BOX 5138
TIMONIUM, MD 21094-0000

PJ PROPERTY MANAGEMENT
AND TREE REMOVAL SERVICE,
LLC
PO BOX 2313
RED LODGE, MT 59068

PORTFOLIO RECOVERY
ASSOCIATES, LLC
ATTN: BANKRUPTCY 120 CORPORATE
BOULEVARD
NORFOLK, VA 23502

PRACTICAL TAXES INC.
PO BOX 21285
BILLINGS, MT 59104-0000

RADIUS GLOBAL SOLUTIONS,
LLC
PO BOX 390846
MINNEAPOLIS, MN 55439

REVENUE ENTERPRISES LLC
ATTN: BANKRUPTCY
PO BOX 441368
AURORA, CO 80044

SEAN RICHARDS
PO BOX 2562
RED LODGE, MT 59068

STATES RECOVERY SYSTEMS
ATTN: BANKRUPTCY
PO BOX 2860
RANCHO CORDOVA, CA 95741-0000

SYNERGETIC
COMMUNICATIONS, INC.
5450 N.W. CENTRAL #220
HOUSTON, TX 77092-2016

TARGET NB
C/O FINANCIAL & RETAIL SERVICES
MAILSTOP BT PO BOX 9475
MINNEAPOLIS, MN 55440

TOWE, BALL, MACKEY
PO BOX 30457
SOMMERFELD & TURNER, PLLP
BILLINGS, MT 59107-0457

U.S. ATTORNEY - BK NOTICES
U.S. COURT HOUSE
2601 SECOND AVE. NORTH
BILLINGS, MT 59101

US DEPARTMENT OF JUSTICE
700 GRANT ST SUITE 3110
PITTSBURGH, PA 15219