Andrew W. Pierce
PIERCE LAW FIRM, PC
P.O. Box 280
Missoula, MT 59806-0280
Phone: (406) 540-5206
Fax:     (406) 203-0824
Email: drew@piercelawmt.com
State Bar of Montana ID No. 5029
*(Attorney for Debtor)*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>MISTY LEE ROBERTS and JAMES DARIN CLEMONS,<br><br>Debtors. | Case No. 1:23-bk-10019 -BPH<br><br>**DEBTORS' STATEMENT WITH RESPECT TO PAY STUBS** |

Pursuant to 11 U.S.C. §521(a)(1)(B)(iv), every debtor shall file "copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the debtor from any employer of the debtor."  We, Misty Roberts and James Clemons, are self employed and have not received any such payments or payment advices or other evidence of payment from any employer during the six months prior to the date of filing of the bankruptcy petition.

DATED this 28th day of February, 2023.

*/s/ Misty Roberts_____*
Misty Roberts, Debtor

*/s/ James Clemons_____*
James Clemons, Joint Debtor

Page 1 of  1