Mont. LBF30. STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S).
[Mont. LBR 4002-1(e)]

Andrew W. Pierce
PIERCE LAW FIRM, PC
P.O. Box 280
Missoula, MT 59806-0280
Phone: (406) 540-5206
Fax:   (406) 203-0824
Email: drew@piercelawmt.com
State Bar of Montana ID No. 5029
*(Attorney for Debtor)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| IN RE:<br><br>MISTY LEE ROBERTS and JAMES DARIN CLEMONS,<br><br>Debtors. | Case No. 1:23-bk-10019 -BPH<br><br>**STATEMENT OF DOMESTIC SUPPORT OBLIGATIONS** |
|---|---|

Pursuant to Mont. LBR 4002-1(e), the undersigned hereby provides this

Statement of Domestic Support Obligation(s), as defined in 11 U.S.C. § 101(14A).

1. Debtors' name Misty Roberts and James Clemons:

2. Does Debtor have a domestic support obligation: ☐ yes ☑ no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

3. Debtor's employer and employer's address:

4. Name, address, phone number, employer's name, and address of employer for any person responsible with the Debtor for the support:
    N/A

5. Name, address and phone number for the holder of the claim of support:


[If the Debtor does not know the whereabouts of the former spouse, this fact should be affirmatively stated above, but the address for the support collection agency must be provided.]

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy
1:23-bk-10019-BPH   Doc#: 8   Filed: 02/28/23   Page 1 of 2

AS OF THE DATE OF FILING OF THE BANKRUPTCY PETITION:

1. Amount of support obligation: $___ per____ [i.e. month, week, etc.]

2. Term of support obligation: from_____ until _____

3. Amount that the domestic support obligation is in arrears:

4. Court name and jurisdiction in which order of support was issued:

5. Court Case No.

6. Name and address of State Child Support Enforcement Agency involved in such a claim:

**I declare under penalty of perjury that the foregoing is true and correct.**

| | |
|---|---|
| /s/ Misty Roberts | 2/27/2023 |
| **Signature of Debtor** | **Date** |

| | |
|---|---|
| /s/ James Clemons | 2/27/2023 |
| **Signature of Joint Debtor** | **Date** |

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571