Andrew W. Pierce
PIERCE LAW FIRM, PC
P.O. Box 280
Missoula, MT 59806-0280
Phone: (406) 540-5206
Fax:    (406) 203-0824
Email: drew@piercelawmt.com
State Bar of Montana ID No. 5029
*(Attorney for Debtor)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>MISTY LEE ROBERTS and JAMES DARIN CLEMONS,<br><br>Debtors. | Case No. 1:23-bk-10019 -BPH<br><br>**NOTICE OF COMPLIANCE WITH § 521** |

Debtors hereby certifies under penalty of perjury that:

1. Pursuant to § 521(a)(1)(A), the list of creditors is filed herewith.

2. Pursuant to § 521(a)(1)(B), the schedules of (i) assets and liabilities; (ii) current income and expenditures; (iii) statement of financial affairs; and (iv) the proof of delivery of the § 342(b) notice to the debtor is filed herewith.

3. Pursuant to § 521(a)(1)(B)(iv), the Debtors have filed with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the Debtors' petition;

4. Pursuant to § 521(b)(1)(B)(v), the Debtors have filed with the Court Schedules I and J, showing the amount of monthly net income, itemized to show how the amount is calculated, andthe Statement of Current Monthly Income and Means Test Calculation.

5. Pursuant to § 521(a)(1)(vi), the Debtor states that:

☐ The Debtors anticipate an increase in income or expenditures over the 12-month period following the date of filing the petition. Specifically:

☑ The Debtors do not anticipate an increase in income or expenditures over the12-month period following the date of filing the petition.

6. Pursuant to § 521(b)(1), the required credit counseling certification is filed herewith.

7. Pursuant to § 521(b)(2), the Debtors state that there are no debt repayment plans of the type contemplated by this statute (or, a copy of such repayment plan is filed herewith);

8. Pursuant to § 521(c), the Debtors state that:

☑ The Debtors have an interest in an account or program of the type specified in § 521(c)of the Code, with documentation thereof filed herewith.

☐ The Debtors have no interest in an account or program of the type specified in § 521(c)of the Code.

**I declare under penalty of perjury that the foregoing is true and correct.**

| | |
|---|---|
| */s/ Misty Roberts* | 2/27/2023 |
| **Signature of Debtor** | **Date** |
| | |
| */s/ James Clemons* | 2/27/2023 |
| **Signature of Joint Debtor** | **Date** |

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571