# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

**In Re:** Misty Lee Roberts  
SSN: xxx–xx–3280

**Case No:**  
1:23–bk–10019–BPH

James Darin Clemons  
SSN: xxx–xx–5716

**Chapter:** 13

**Debtors.**

## DEFICIENCY NOTICE

**THE FOLLOWING CONTAINS IMPORTANT INFORMATION ABOUT YOUR RECENT BANKRUPTCY CASE FILING**

The above–entitled case was filed on **2/28/23**. Based upon our review of the documents included with your filing, a determination has been made that you failed to include and file the following items. To comply with the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, these items must be submitted to the Court for filing.

If the following items (checked boxes) are not received within fourteen (14) days of your filing date, listed above your case may be dismissed.

- ☐ Chapter 13 Filing Fee of $313.00. Payments must be in the form of a cashier's check or money order; made payable to Clerk, U.S. Bankruptcy Court; and sent to 400 N. Main St., Room 263, Butte, MT 59701.
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form B122C–1).
- ☐ Chapter 13 Calculation of Your Disposable Income (Official Form B122C–2).
- ☐ Credit Counseling Certification.
- ☐ Copies of all payment advices (pay stubs) or other evidence of payment, if any, with all but the last four digits of your social security number redacted, received from an employer within 60 days before the filing of the petition.
- ☐ Record of any interest that you have in an account or program of the type specified in Section 521(c) of the Code as it relates to an education individual retirement account. See Mont. LBF 37 at https://www.mtb.uscourts.gov/local–forms.
- ☐ Statement of Social Security Number – (Official Form B121).
- ☐ Statement of Domestic Support Obligation(s). See Mont. LBF 30 at https://www.mtb.uscourts.gov/local–forms.
- ☐ Schedules (A–J) (Official Forms 106A/B through 106J–2), Summary of Schedules (Official Form 106), Statement of Financial Affairs (Official Form 107), and Statement of Intent (Official Form 108).
- ☑ Plan.
- ☐ Other:

**IF YOU FAIL TO SUBMIT AND FILE WITH THE COURT THE ITEMS IDENTIFIED ABOVE WITHIN FOURTEEN (14) DAYS OF YOUR FILING DATE, YOUR CASE MAY BE DISMISSED.**

Certificate of Completion of Financial Management Course is due before an entry of discharge can be issued.

Dated: 2/28/23

For the Clerk of Court  
Tyler P. Gilman

By Deputy Clerk: