| | | |
|---|---|---|
| Debtor 1: | **Misty Lee Roberts** <br> First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–3280 <br> EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | **James Darin Clemons** <br> First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5716 <br> EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | U.S. Bankruptcy Court, District of Montana | Date case filed for chapter: 13  2/28/23 |
| Case number: | 1:23–bk–10019–BPH | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Misty Lee Roberts | James Darin Clemons |
| 2. | **All other names used in the last 8 years** | dba dba Medicine Flower Lodge | |
| 3. | **Address** | 29 Powder River Lane <br> Red Lodge, MT 59068 | 29 Powder River Lane <br> Red Lodge, MT 59068 |
| 4. | **Debtor's attorney** <br> Name and address | ANDREW W PIERCE <br> Pierce Law Firm, PC <br> PO Box 280 <br> 1800 S. Reserve St. <br> Suite B <br> Missoula, MT 59806–0280 | Contact phone 406–540–5206 <br><br> Email: drew@piercelawmt.com |
| 5. | **Bankruptcy trustee** <br> Name and address | ROBERT G. DRUMMOND <br> PO BOX 1829 <br> GREAT FALLS, MT 59403 | Contact phone 406 761–8600 <br><br> Email: Trustee@MTChapter13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Room 263 Federal Building <br> 400 North Main <br> Butte, MT 59701 | Hours open: <br> 8:00AM – 5:00PM <br><br> Contact phone (406)497–1240 <br><br> Date: 2/28/23 |

For more information, see page 2

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 28, 2023 at 01:10 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Video Conference 341 Meeting, Contact the case trustee at:,**<br>**tfloerchinger@mtchapter13.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/30/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/9/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/28/23** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. The last day to object to the plan is: **4/18/23**. The hearing on confirmation will be held on:<br>Date: **4/25/23**, Time: **09:00 AM**, Location: **2601 2nd Avenue North, Billings, MT 59101** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

# NOTICE:

**In accordance with 11 U.S.C. § 1307(c) and Mont. LBR 2003–7 debtor's failure to attend the 341 meeting will be cause for dismissal without further notice.**

United States Bankruptcy Court
District of Montana

In re:                                                          Case No. 23-10019-BPH
Misty Lee Roberts                                Chapter 13
James Darin Clemons
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0977-1                          User: ColeenHan                                              Page 1 of 3
Date Rcvd: Feb 28, 2023                     Form ID: 309I                                            Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#                  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#                Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Misty Lee Roberts, James Darin Clemons, 29 Powder River Lane, Red Lodge, MT 59068-9572 |
| tr | + | ROBERT G. DRUMMOND, PO BOX 1829, GREAT FALLS, MT 59403-1829 |
| 1430113 | | ARM Solutions, PO Box 3666, Camarillo, CA 93011-3666 |
| 1430112 | | Alpine Home Improvements, LLC, Po Box 2313, Red Lodge, MT 59068-2313 |
| 1430116 | + | Builders First Source, Inc., 5519 20th Street E, Tacoma, WA 98424-2057 |
| 1430119 | | CB1, Inc., PO Box 7429, Missoula, MT 59807-7429 |
| 1430121 | + | CORBUS MONTANA PROPERTIES TRUST, PO Box 204, Red Lodge, MT 59068-0204 |
| 1430118 | + | Carbon County Treasurer, PO Box 828, Red Lodge, MT 59068-0828 |
| 1430120 | #+ | Commercial Collections of America, LLC, 2180 W Grant Line Rd. Ste 202, Tracy, CA 95377-7343 |
| 1430122 | + | Credit Collections Bureau, PO Box 9490, Rapid City, SD 57709-9490 |
| 1430127 | + | G Barclay Corbus, PO Box 204, Red Lodge, MT 59068-0204 |
| 1430129 | | GB Collects, LLC, 1253 Haddonfield Berlin Rd, Voorhees, NJ 08043-4847 |
| 1430131 | + | Jacqueline Papez, P.O. Box Box 1185, Helena, MT 59624-1185 |
| 1430132 | | Joseph Mann & Creed, 20600 Chagrin Blvd. Ste. 550, Collection Agency, Shaker Heights, OH 44122-5340 |
| 1430134 | | Michael J. Klepperich, 490 N 31st St Ste 500, Billings, MT 59101-1267 |
| 1430135 | + | Midway Rental, PO Box 5450, Kalispell, MT 59903-5450 |
| 1430141 | + | PJ Property Management and Tree Removal Service, L, PO Box 2313, Red Lodge, MT 59068-2313 |
| 1430143 | + | Practical Taxes Inc., PO Box 21285, Billings, MT 59104-1285 |
| 1430146 | + | Sean Richards, PO Box 2562, Red Lodge, MT 59068-2562 |
| 1430150 | | Towe, Ball, Mackey, PO Box 30457, Sommerfeld & Turner, PLLP, Billings, MT 59107-0457 |
| 1430151 | + | U.S. Attorney - BK Notices, U.S. Court House, 2601 Second Ave. North, Billings, MT 59101-2230 |
| 1430152 | + | US Department of Justice, 700 Grant St Suite 3110, Pittsburgh, PA 15219-1957 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: drew@piercelawmt.com | Feb 28 2023 21:10:00 | ANDREW W PIERCE, Pierce Law Firm, PC, PO Box 280, 1800 S. Reserve St., Suite B, Missoula, MT 59806-0280 |
| ust | + | Email/Text: ustp.region18.bs.ecf@usdoj.gov | Feb 28 2023 21:10:00 | OFFICE OF THE U.S. TRUSTEE, US DEPT OF JUSTICE, 550 WEST FORT ST, RM 698, BOISE, ID 83724-0101 |
| 1430111 | + | EDI: GMACFS.COM | Mar 01 2023 02:13:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 1430114 | + | Email/Text: bknotices@bankofthewest.com | Feb 28 2023 21:10:11 | Bank Of The West, 180 Montgomery Street 25th Floor, Attn: Bankruptcy, San Francisco, CA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 94104-4206 |
| 1430115 | + | EDI: TSYS2 | Mar 01 2023 02:13:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 1430124 | | Email/Text: collector@creditservice.com | Feb 28 2023 21:10:00 | Credit Service Co., Inc., 960 S. 24th W. Ste D, Billings, MT 59102 |
| 1430117 | + | EDI: CAPITALONE.COM | Mar 01 2023 02:13:00 | Capital One, PO Box 30285, Attn: Bankruptcy, Salt Lake City, UT 84130-0285 |
| 1430123 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 28 2023 21:12:16 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 1430125 | + | Email/Text: collector@creditservice.com | Feb 28 2023 21:10:00 | Credit Service Company, Po Box 80908, Attn: Bankruptcy, Billings, MT 59108-0908 |
| 1430126 | + | EDI: AMINFOFP.COM | Mar 01 2023 02:13:00 | First Premier Bank, Po Box 5524, Attn: Bankruptcy, Sioux Falls, SD 57117-5524 |
| 1430130 | | EDI: IRS.COM | Mar 01 2023 02:13:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1430138 | | Email/Text: DORBankruptcyNotices@mt.gov | Feb 28 2023 21:10:00 | MT Dept of Revenue, Bankruptcy Unit, PO Box 7701, Helena, MT 59604-7701 |
| 1430137 | | Email/Text: DORBankruptcyNotices@mt.gov | Feb 28 2023 21:10:00 | MT Dept of Revenue, PO Box 7701, Bankruptcy Unit, Helena, MT 59604-7701 |
| 1430136 | | Email/Text: dlibankruptcy@mt.gov | Feb 28 2023 21:10:00 | MT Department of Labor & Industry, Montana Unemployment Insurance Division, PO Box 6339, Helena, MT 59604-6339 |
| 1430133 | + | Email/Text: bknotices@mbandw.com | Feb 28 2023 21:10:00 | McCarthy, Burgess, & Wolff, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 1430139 | + | EDI: NAVIENTFKASMSERV.COM | Mar 01 2023 02:13:00 | Navient, Po Box 9640, Attn: Bankruptcy, Wilkes-Barre, PA 18773-9640 |
| 1430142 | | EDI: PRA.COM | Mar 01 2023 02:13:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy 120 Corporate Boulevard, Norfolk, VA 23502 |
| 1430140 | + | EDI: RMSC.COM | Mar 01 2023 02:13:00 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 1430144 | + | Email/Text: ngisupport@radiusgs.com | Feb 28 2023 21:10:00 | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 1430145 | + | Email/Text: bankruptcy@revenueenterprises.com | Feb 28 2023 21:10:00 | Revenue Enterprises LLC, Attn: Bankruptcy, PO Box 441368, Aurora, CO 80044-1368 |
| 1430147 | + | Email/Text: srsbankruptcy@statesrecovery.com | Feb 28 2023 21:10:00 | States Recovery Systems, Attn: Bankruptcy, PO Box 2860, Rancho Cordova, CA 95741-2860 |
| 1430148 | | ^ MEBN | Feb 28 2023 21:09:22 | Synergetic Communications, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 1430149 | + | EDI: WTRRNBANK.COM | Mar 01 2023 02:13:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1430128 | *+ | G. Barclay Corbus, PO Box 204, Red Lodge, MT 59068-0204 |
| 1430110 | ##+ | Akidoi Inc., P.O. Box 1570, Red Lodge, MT 59068-1570 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW W PIERCE | on behalf of Debtor Misty Lee Roberts drew@piercelawmt.com<br>drew@piercelawmt.com;tasha@piercelawmt.com;PierceLawFirmPC@jubileebk.net |
| ANDREW W PIERCE | on behalf of Joint Debtor James Darin Clemons drew@piercelawmt.com<br>drew@piercelawmt.com;tasha@piercelawmt.com;PierceLawFirmPC@jubileebk.net |
| OFFICE OF THE U.S. TRUSTEE | ustp.region18.bs.ecf@usdoj.gov |
| ROBERT G. DRUMMOND | Trustee@MTChapter13.com<br>kprinzing@MTChapter13.com;tfloerchinger@MTChapter13.com;rdrummond13@ecf.epiqsystems.com |

TOTAL: 4