Michael J. Klepperich (ID. No. 60053669)
Allison M. Dubs (ID No. 55781435)
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31st Street
P. O. Box 2529
Billings, MT  59103-2529
Telephone: (406) 252-3441
E-mail:  mklepperich@crowleyfleck.com
adubs@crowleyfleck.com

*Attorneys for RE Investment Company, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>MISTY LEE ROBERTS, and<br>JAMES DARIN CLEMONS<br><br>Debtors. | Bankruptcy Case No. 1:23-bk-10019-BPH<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

Crowley Fleck PLLP on behalf of RE Investment Company, LLC, creditor in the above-entitled bankruptcy case, hereby requests, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 342 that copies of all notices and pleadings given or filed in this case, including, but not limited to notices, appearances, motions, petition, orders, pleadings, complaints, and demands be sent or delivered to the undersigned; and pursuant to Fed. R. Bankr. P. 2002(g), the following be added to the Court's master mailing list:

    Michael J. Klepperich
    Allison M. Dubs
    Crowley Fleck PLLP
    P.O. Box 2529
    Billings, Montana 59103-2529
    mklepperich@crowleyfleck.com
    adubs@crowleyfleck.com

Such notices shall include notices by mail, fax, telephone, or any other means of transmission, and the notices requested shall include, but not be limited to, all notices relating to the matters set forth in Fed. R. Bankr. P. 2002; matters relating to any motion for the appointment of a trustee, or conversion or dismissal of the case; matters relating to the proposing or confirmation of a plan; matters relating to that of protection and the Debtors obtaining credit under 11 U.S.C. §§ 361 or 364; and matters relating to the use, sale or lease of property under 11 U.S.C. § 363; and assumption or rejection of executory contracts or unexpired leases under 11 U.S.C. § 365.

DATED this 7th day of March 2023.

CROWLEY FLECK PLLP

By: /s/ Michael J. Klepperich
MICHAEL J. KLEPPERICH
P.O. Box 2529
Billings, MT 59103-2529

## CERTIFICATE OF SERVICE

I, Michael J. Klepperich, hereby certify under penalty of perjury that I electronically filed a true and exact copy of the foregoing Notice of Appearance and Request for Special Notice with the Clerk of Court using the CM/ECF system, which shall send notification electronically to parties in interest served by the Court's CM/ECF.

Dated this 7th day of March 2023.

CROWLEY FLECK PLLP

By: /s/ Michael J. Klepperich
MICHAEL J. KLEPPERICH