Jack G. Connors (State Bar of Montana ID No. 13504)
Jacqueline R. Papez (State Bar of Montana ID No. 11585)
DONEY CROWLEY P.C.
P.O. Box 1185
Helena, MT 59624-1185
Telephone: (406) 443-2211
Email: jconnors@doneylaw.com
jpapez@doneylaw.com
legalsec@doneylaw.com

*Attorneys for Creditor G. Barclay Corbus*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| MISTY ROBERTS and JAMES DARIN CLEMONS, <br><br> Debtors. | Case No.: 1:23-bk-10019-BPH <br><br> Judge: Benjamin P. Hursh <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL SERVICE** |

Please take notice that Jack G. Connors and Jacqueline R. Papez of Doney Crowley P.C. appear on behalf of G. Barclay Corbus, creditor in the above captioned case. Pursuant to LBR 2002-2 and Rule 2002(i) and (g), Fed. R. Bankr. P., all matters which must be noticed to creditors, any creditors' committees, and any other parties in interest, whether sent by the Court, the Debtors or any other party in the case, should be sent or delivered to the undersigned; and pursuant to Rule 2002(g), that the following should be added to the Court's service list:

Jack G. Connors
Jacqueline R. Papez
DONEY CROWLEY P.C.
P.O. Box 1185
Helena, MT 59624-1185
Telephone: (406) 443-2211
jconnors@doneylaw.com
jpapez@doneylaw.com
legalsec@doneylaw.com

Such notices should include notices by mail, telephone, facsimile, or any other means of electronic transmission, and the notices requested shall include, but are not limited to, all notices relating to the matters set forth in Rule 2002; matters relating to any motion for the appointment of a trustee, or conversion or dismissal of the case; matters relating to the proposing or confirming of a plan; matters relating to adequate protection and the Debtor's obtaining of credit under 11 U.S.C. § 361 or 364; and matters relating to the use, sale or lease of property under 11 U.S.C. § 363, or the assumption or rejection of executory contracts or unexpired leases under 11 U.S.C. § 365.

DATED this 14th day of March, 2023.

DONEY CROWLEY, PC

 */s/ Jack G. Connors*

Jack G. Connors
Jacqueline R. Papez
*Attorneys for Creditor G. Barclay Corbus*

## **CERTIFICATE OF SERVICE**

      I, Jack G. Connors, hereby certify under penalty of perjury that I electronically filed a true and exact copy of the foregoing Notice of Appearance and Request for Special Notice with the Clerk of Court using the CM/ECF system, which shall send notification electronically to parties in interest served by the Court's CM/ECF.

      Dated this 14th day of March, 2023.

                                                 DONEY CROWLEY, PC

                                                 */s/ Jack G. Connors*
                                               Jack G. Connors