Andrew W. Pierce
PIERCE LAW FIRM, PC
P.O. Box 280
Missoula, MT 59806-0280
Phone: (406) 540-5206
Fax:    (406) 203-0824
Email: drew@piercelawmt.com
State Bar of Montana ID No. 5029
*(Attorney for Debtor)*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| IN RE:<br><br>MISTY LEE ROBERTS and JAMES DARIN CLEMONS,<br><br>Debtors. | Case No. 1:23-bk-10019-BPH<br><br>**APPLICATION TO APPROVE EMPLOYMENT OF PROFESSIONAL; AND AFFIDAVIT** |
|---|---|

The Application of the Debtors respectfully represent:

1. On the 28th day of February, 2023, the Debtors filed a petition under Chapter 13 of the Bankruptcy Code.

2. Debtors wish to employ real estate brokers Mikayla Kovash Brokerage and Polly Kovash Brokerage at Metro Realtors, LLP, ("Professionals") in the capacity of real estate brokers and listing agents.

3. Applicants have selected Professionals for the following reasons: familiarity with Debtors' real property, the local real estate market and experience in the field.

4. The professional services that Professionals are to render include: listing and sale of Debtors' real property.

Page 1 of 2

5.  To the best of Applicants' knowledge, Professionals have no connection with the creditors, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and are "disinterested persons" as defined in 11 U.S.C. 101(14).

6.  The terms of employment of Professionals, agreed to by the Debtors, subject to the approval of the Court are: 3% sales commission as seller's agents.

7.  Professionals have no interest adverse to the Debtors or to the estate in the matters upon which Professionals are to be engaged, and Professionals' employment would be in the best interest of the estate.

WHEREFORE, the Debtors respectfully request that the Court approve Professionals' employment under the terms specified herein.

Dated this 6th day of April, 2023.

PIERCE LAW FIRM, PC

*/s/ Andrew W. Pierce*
Andrew W. Pierce
Attorney for Debtors

## AFFIDAVIT OF PROPOSED PROFESSIONAL

STATE OF MONTANA )
: 
County of Yellowstone )

Polly Kovash, being duly sworn upon her oath, deposes and states:

1. I am a broker employed by Polly Kovash Brokerage at Metro Realtors, LLP.

2. I and my firm have no connections with the Debtors, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, other than as disclosed in the Application; and I am a "disinterested person" as defined in 11 U.S.C. § 101(14).

3. Neither I nor my firm represent an interest adverse to the Debtors or the estate in the matters upon which we are to be engaged.

4. I have not received a general retainer for my services.

_Polly Kovash_
Polly Kovash

Subscribed and sworn to before me this 6 day of ~~March~~ April, 2023 by Polly Kovash.

_Marissa Clarin_
Notary Public for the State of montana
Name: marissa clarin
Residing At: yellowstone Billings
My Commission Expires: 2/15/26

Notary Seal
MARISSA CLARIN
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
February 15, 2026

# AFFIDAVIT OF PROPOSED PROFESSIONAL

STATE OF MONTANA )
: 
County of Yellowstone )

Mikayla Kovash, being duly sworn upon her oath, deposes and states:

1. I am a broker employed by Mikayla Kovash Brokerage at Metro Realtors, LLP.

2. I and my firm have no connections with the Debtors, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, other than as disclosed in the Application; and I am a "disinterested person" as defined in 11 U.S.C. § 101(14).

3. Neither I nor my firm represent an interest adverse to the Debtors or the estate in the matters upon which we are to be engaged.

4. I have not received a general retainer for my services.

_____
Mikayla Kovash

Subscribed and sworn to before me this 6 day of ~~March~~ April me, 2023 by Mikayla Kovash.

_____
Notary Public for the State of Montana
Name: Marissa Clarin
Residing At: Billings
My Commission Expires: 2/15/20

(Notary Seal)

MARISSA CLARIN
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
February 15, 2026