Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

# LISTING AGREEMENT – RESIDENTIAL
# EXCLUSIVE RIGHT TO SELL



**THIS AGREEMENT IS INTENDED TO BE A LEGALLY BINDING CONTRACT. IF NOT UNDERSTOOD, SELLER IS ADVISED TO SEEK THE ADVICE OF COMPETENT LEGAL COUNSEL.**

This Agreement is an exclusive right to sell listing and Broker is granted the absolute, sole, and exclusive right to market and sell the Property.

1  **DATE:** March 17, 2023
2
3  **PARTIES:**
4  Seller(s): Akidoi Inc, Misty Roberts
5  (hereafter the "Seller").
6
7  LISTING FIRM/BROKER: Mikayla Kovash Brokerage@Metro Realtors
8  (hereafter the "Broker").
9
10  **LENGTH OF LISTING:** This Agreement begins on (date) March 17, 2023 , and expires at
11  midnight on (date) July 1, 2024 (hereafter the "Primary Listing Term").
12
13  **PRICE & TERMS:** Listing Price  Two Million, Four Hundred Ninety-Five Thousand, Eight Hundred Eighty-Eight  ($ 2,495,888.00 )
14  Terms: cash or new loan
15
16
17  **PROPERTY:** Legal Description:
18  WALLIS ACREAGE TRACTS, S35, T06 S, R20 E, WALLIS TRACTS LT 3 COS 474 & TR 21 BLK 1 COS
19  1427 AM and WALLIS ACREAGE TRACTS, S35, T06 S, R20 E, WALLIS TRACTS LT 2 COS 474 & TR 22
20  BLK 1 COS 1427 AM
21  Commonly known as  5 & 10 Dream Catcher Lane
22  City of  Red Lodge , County of  Carbon , ST  MT , Zip  59068
23  (hereafter the "Property").
24
25  **FIXTURES:** The following items are to be left upon the premises as part of the Property sold and transferred to a Buyer
26  regardless of whether they are in fact permanently installed and attached to the Property: all existing permanently installed
27  fixtures and fittings that are attached to the Property including electrical, plumbing and heating fixtures, Seller owned
28  water softeners/conditioners and propane tanks, wood, pellet, or gas stoves, built-in appliances, screens, storm doors,
29  storm windows, curtain rods and hardware, window treatments, attached floor coverings, television wall mounts, satellite
30  dish, hot tub, air cooler or conditioner, garage door openers and controls, fireplace inserts, mailbox, storage sheds, trees
31  and shrubs and perennials attached to the Property, attached buildings or structures, unless otherwise excluded below:
32
33
34
35  The following personal property is also included as part of the Property offered for sale:
36  As viewed: all appliances, furnishings, hot tub, window treatments as viewed, garage door
37  opener with remote & remaining items per attached inventory list.
38
39
40  **PERSONAL PROPERTY:** The following personal property is leased/rented: ☐ water softener ☐ water conditioner
41  ☐ propane tank ☐ satellite dish ☐ satellite control ☐ alarm system ☐ other
42
43  **SYSTEMS INCLUDED:** ☐ central air conditioning ☐ underground sprinklers
44  ☐ other

Seller's Initials _____ *MR*

Metro Realtors LLP, 2029 Grand Avenue Billings MT 59102
Phone: 4065915555    Fax: 4062459390    Polly Kovash       5 & 10 Dream Catcher
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

1:23-bk-10019-BPH   Doc#: 20   Filed: 04/07/23   Page 1 of 38

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

45 **CONDITION AND STATUS OF PROPERTY:** To the best of Seller's knowledge, the following items are in good repair
46 and working condition and Seller is unaware of anything wrong with appliance(s), foundation, roof, siding, wiring,
47 drainage, heating, plumbing, sanitation, or water systems except:
48 _____
49 _____
50 In conjunction with the execution of this Agreement, Seller agrees to execute a statement disclosing all known adverse
51 material facts affecting the Property.
52
53 **STATUTORY DISCLOSURES:**
54
55 **METHAMPHETAMINE:** If the Property is inhabitable real property, the Seller represents to the best of Seller's
56 knowledge that the Property ☐ **has** ☒ **has not** been used as a clandestine Methamphetamine drug lab and ☐ **has**
57 ☒ **has not** been contaminated from smoke from the use of methamphetamine. If the Property has been used as a
58 clandestine Methamphetamine drug lab or contaminated from smoke from the use of methamphetamine, Seller agrees
59 to execute the Montana Association of REALTORS® "Methamphetamine Disclosure Notice" and provide any
60 documents or other information that may be required under Montana law concerning the use of the Property as a
61 clandestine Methamphetamine drug lab or the contamination of the Property from smoke from the use of
62 methamphetamine.
63
64 **RADON:** If the Property is inhabitable real property as defined in the Montana Radon Control Act, Seller represents
65 that to the best of Seller's knowledge the Property ☐ **has** ☒ **has not** been tested for radon gas and/or radon
66 progeny and the Property ☐ **has** ☒ **has not** received mitigation or treatment for the same. If the Property has been
67 tested for radon gas and/or radon progeny, Seller agrees to provide, as available, test results to Broker along with
68 any evidence of mitigation or treatment.
69
70 **LEAD-BASED PAINT:** If a residential dwelling exists on the Property and was built before the year 1978, Seller
71 ☐ **has** ☒ **has no** knowledge of lead-based paint and/or lead-based paint hazards on the Property. If Seller has
72 knowledge of lead-based paint and/or lead-based paint hazards on the Property, Seller agrees to provide all pertinent
73 reports and records concerning that knowledge. Seller acknowledges that the Broker has advised the Seller of Seller's
74 obligation to make lead-based paint disclosures and Broker's obligation to ensure that the Seller satisfies this
75 obligation.
76
77 **MOLD:** If the Property is inhabitable real property as defined in the Montana Mold Disclosure Act, the Seller
78 represents to the best of Seller's knowledge that the Property ☐ **has** ☒ **has not** been tested for mold and that the
79 Property ☐ **has** ☒ **has not** received mitigation or treatment for mold. If the Property has been tested for mold or
80 has received mitigation or treatment for mold, Seller agrees to provide any documents or other information that may
81 be required under Montana law concerning such testing, treatment or mitigation.
82
83 **DETECTION DEVICES:** The Property is equipped with the following detection devices:
84 ☐ Smoke Detector(s)
85 ☐ Carbon Monoxide Detector(s)
86 ☐ Other fire detection device(s) (please list): _____
87 _____
88
89 **SELLER REPRESENTATIONS:** Seller represents as follows:
90 a) Seller is the owner of and has the unrestricted right to sell the Property. If Seller is a corporation, limited liability
91 company, partnership or other entity, Seller is in good standing under the laws of Montana and the execution of
92 this Agreement and sale of the Property by Seller has been duly authorized.
93 b) Title to the Property is marketable and is free and clear of all encumbrances, except zoning ordinances, building
94 and use restrictions, reservations in federal patents, easements of record, special improvement or rural
95 improvement district assessments, real property taxes and those liens and encumbrances which are to be
96 discharged upon a sale of the Property.
97 c) Seller will fully cooperate with Broker in regard to providing information concerning the Property and that all
98 information given by Seller is or shall be true, accurate and complete.

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

99     d)   Seller will perform any act and sign any document that is reasonably necessary to comply with Section 1445 of
100        the Internal Revenue Code and the Foreign Investor Real Property Tax Act of 1980. Seller acknowledges and
101        agrees that in the event Seller does not do so, a Buyer or closing agent may be required to withhold the applicable
102        tax from the proceeds of sale at closing and submit this amount to the Internal Revenue Service, pursuant to
103        Section 1445 of the Internal Revenue Code.
104    e)   In addition to those set forth above, Seller agrees to cooperate with the making of any further disclosures that
105        may be required under state or federal law.
106    f)   Seller hereby affirms that Seller is not a party to a current, valid exclusive agreement to provide the same type
107        of real estate services as set forth above.
108    g)   Seller has provided to Broker all information and documentation relating to any lawsuits, legal proceedings,
109        foreclosures (including related notices), bankruptcies or other financial constraints concerning the Seller
110        (including unpaid child support or alimony), that may affect the time within which the Property can be sold or that
111        threaten or negatively affect the Property.
112

113 **SPECIAL PROVISIONS:** _____
114 _____
115 `*Line 7 to read: Mikayla Kovash Brokerage & Polly Kovash Brokerage @ Metro Realtors, LLP.`
116 _____
117 _____
118 _____
119 _____
120 _____
121

122 **COMPENSATION:** Broker is employed to find a buyer ready and willing to acquire the Property at the price and terms
123 stated above or at such other price and terms as Seller accepts. Broker is authorized to accept a deposit on the purchase
124 price. Seller agrees to pay Broker in cash a commission equal to __6.000__ % based upon the sales price, or a flat fee of
125 $ _____ , if Seller enters into a written agreement for the sale of the Property during the term of this
126 Agreement. The commission shall be payable at closing. If the Seller breaches the agreement to sell and purchase or if
127 Seller refuses to accept an offer which meets or exceeds the listing terms, Seller agrees to pay Broker, immediately and
128 in cash, a commission equal to _____ % based on the listed price. In the event of multiple offers which equal or exceed
129 the listed price/terms, Seller may choose which offer to accept and shall not be obligated for more than one commission.
130

131 Seller's acceptance of an agreement to sell and purchase containing contingencies shall not entitle the Broker to a
132 commission unless or until the contingencies have been waived, released or satisfied, or unless the Seller breaches the
133 agreement to sell and purchase. Expiration of this Agreement while a transaction is pending shall not relieve Seller of
134 Seller's obligation to pay the stated commission upon closing. For purposes of this document, the term "sale" shall be
135 defined as including a lease or an exchange. The terms buyer and seller shall include lessor/lessee and
136 exchanger/exchangee including the plurals thereof, as appropriate.
137

138 **COOPERATION DISCLOSURE:** Broker advises Seller of Broker's policies (or Broker's company's policies) regarding
139 cooperation and the amount(s) of any compensation that will be offered to other brokers, including but not limited to seller
140 subagents, buyer agents and statutory brokers who are participants in the same multiple listing service(s) as those in
141 which Broker is a participant, as follows:
142

143 ☐ Broker will cooperate with and compensate other real estate agents according to the attached policies, and/or
144

145 ☒ Broker will cooperate with buyer agents representing a buyer and offer them compensation equal to __3.000__ %
146     based upon the sales price, or a flat fee of $ _____ ; and/or
147

148 ☐ Broker will cooperate with statutory brokers assisting a buyer and offer them compensation equal to _____ %
149     based upon the sales price, or a flat fee of $ _____ ; and/or
150

151 ☐ Other _____
152

153 Broker will promptly notify Seller of any changes to the policies set forth above.



Seller's Initials

5 & 10 Dream

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

154  **PROTECTION PERIOD:** Within __90__ days of the expiration or termination of the Primary Listing Term of this Agreement
155  or any extension thereof (hereafter the "Protection Period"), if Seller enters into an agreement to or does sell, exchange,
156  convey, lease or rent the Property to any party to whom Broker or any cooperating broker has marketed the Property, the
157  commission shall be payable at the time such agreement is entered into. However, Seller is not obligated to pay a
158  commission to Broker if, during the Protection Period, Seller has entered into a valid listing agreement covering the
159  Property with another licensed real estate broker that obligates Seller to pay that broker a commission upon the sale,
160  exchange, lease, or rental of the Property.
161
162  **GENERAL PROVISIONS:**
163
164  **MARKETING AUTHORIZATION:** Seller authorizes Broker to assemble or produce marketing information as the
165  Broker deems necessary and appropriate including photographs, video, or similar materials. Seller further authorizes
166  Broker to disseminate marketing information and materials through whatever sources the Broker deems necessary
167  or appropriate including, but not limited to multiple listing services, computer data bases, internet sites, magazines or
168  other publications.
169
170  Seller authorizes Broker to accept the assistance and cooperation of other brokers. Seller authorizes Broker to place
171  a yard sign on the Property for use in connection with marketing the Property pursuant to this Agreement. Seller
172  authorizes Broker, cooperating broker, and accompanied customers to enter any part of the Property at any
173  reasonable time to show same. Seller also authorizes Broker to conduct open houses of the Property at such times
174  as Seller and Broker may agree.
175
176  **INTERNET ADVERTISING:** Seller authorizes Broker to display information about the Property on the Internet either
177  directly or through a program of any listing service of which the Broker is a member or in which any of Broker's agents
178  participate, and authorizes other firms who belong to any listing service of which the Broker is a member or in which
179  any of Broker's agents participate to display information about the Property on the Internet in accordance with the
180  listing service rules and regulations. Unless Seller opts out as set forth below, Seller specifically authorizes the display
181  of the address of the Property, automated estimates of the market value of the Property and third-party comments
182  about the Property. Seller may opt-out of all or any of the following aspects of internet advertising by initialing the
183  appropriate spaces below:
184
185  ☐ I/we have advised Broker that I/we **DO NOT** want the **Property displayed on the Internet** (the Property **WILL**
186       **NOT** be displayed on any internet site). I/we understand that if I/we select this option, consumers who conduct
187       searches for listings on the Internet will not see information about the Property in response to their search.
188
189  ☐ I/we have advised Broker that I/we **DO NOT** want the **address of the Property displayed on the Internet**
190       (Property will be displayed on the Internet but the address of the Property **WILL NOT** be included).
191
192  ☐ I/we have advised Broker that I/we **DO NOT** want an **automated valuation or estimate of the Property** (or
193       a hyperlink to an automated valuation or estimate) to be displayed adjacent to or in immediate conjunction
194       with the listing of the Property.
195
196  ☐ I/we have advised Broker that I/we **DO NOT** want **third-party comments or reviews regarding the Property**
197       (or a hyperlink to third-party comments or reviews) to be displayed adjacent to or in immediate conjunction
198       with the listing of the Property.
199
200  _____ / _____
201       Seller's Initials
202
203  By initialing as set forth above Seller certifies and acknowledges that Seller has made the elections instructing Broker
204  as set forth above and that Seller has read, understands and accepts the foregoing concerning internet advertising.
205
206  Broker makes no representations or warranties concerning Seller's elections including, without limitation, that
207  information about the Property will or will not appear on the Internet or that the address of the Property is or is not
208  obtainable.

© 2021 Montana Association of REALTORS®
Listing Agreement Residential, October 2021
Page 4 of 6

_____ / _MR_
Seller's Initials

1:23-bk-10019-BPH  Doc 20  Filed 04/07/23  Page 4 of 38

5 & 10 Dream

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

209 **LOCK BOX AUTHORIZATION:** Seller acknowledges that a lock box is designed as a repository of a key, permitting
210 access to the Property by Broker, Listing Firm, its brokers and salespersons, participants of any Multiple Listing
211 Service (MLS) with which Broker participates and the brokers and salespersons of such participants, and individuals
212 hired to inspect or appraise the Property. It is not a requirement of the MLS, Broker or the Listing Firm that Seller
213 allow the use of a lock box.

214 ☐ Seller does not allow the use of a lock box on the Property.
215 ☐ Seller does allow the use of a lock box on the Property. By checking this box agreeing to the use of a lock box
216 on the Property and signing below, Seller authorizes Broker to use a lock box on the Property in accordance
217 with applicable lockbox system rules and agrees to hold Broker, Listing Firm, Listing Firm's brokers and
218 salespersons and any participants of any MLS with which Broker participates harmless against any loss of
219 personal property located on the Property, provided no such person shall be held harmless from his, her or its
220 intentional acts. If the Property is occupied by tenants Seller agrees to obtain the signed, written consent to
221 the use of a lock box from any tenants residing in the Property.
222

223 **HOLD HARMLESS AND INDEMNIFICATION:** By executing this Agreement Seller agrees to indemnify, defend and
224 hold harmless Broker from any and all claims or damage, including attorney's fees, arising out of or related to:

225 (i) any loss or damage to the Property or the contents of the Property except loss or damage to the
226 Property that is the result of Broker's gross negligence or intentional misconduct;
227 (ii) any injury to anyone visiting the Property except that are the result of Broker's gross negligence or
228 intentional misconduct; and
229 (iii) any claims asserted against Broker arising out of or related to Broker's use of any advertising material
230 provided by Seller to Broker including applications, software, text, audio, video, photos, pictures,
231 graphics, music, sound clips, images, likenesses, and other information.
232

233 **SAFEGUARDING OF SELLER'S PROPERTY:** Broker advises and requests the Seller to safeguard or remove
234 valuables located within the Property and to advise tenants, family members and any other occupants of the Property
235 to do the same. Seller further acknowledges that Broker, Listing Firm, its other brokers and salespersons, and
236 participants of any MLS with which Broker participates and their brokers and salespersons are not insurers against
237 the loss of Seller's or any other's personal property located within the Property. Seller is advised to either verify the
238 existence of or obtain adequate policies of personal property insurance.
239

240 **AUTHORIZATION FOR BROKER'S USE OF INFORMATION:** Seller authorizes Broker to disclose the existence of
241 offers on the Property to interested buyers and cooperating brokers, as permitted under state law. Seller also
242 authorizes Broker to disseminate sold data on the Property notwithstanding the expiration or termination of this
243 Agreement. Seller hereby authorizes any lender, escrow agent, and utility company to disclose to Broker any
244 documents held by escrow agent, the current status on the terms of any loan, and the monthly bills relating to the
245 Property.
246

247 **WIRE FRAUD ALERT:** Criminals are hacking email accounts of title companies, real estate agents, settlement
248 attorneys and others, resulting in fraudulent wire instructions being used to divert funds to the account of the criminal.
249 The emails may look legitimate, but they are not. Buyer and Seller are advised NOT to wire any funds without
250 personally speaking with the intended recipient of the wire to confirm the routing number and the account number.
251 Buyer and Seller should NOT send personal information such as social security numbers, bank account numbers and
252 credit card numbers through email.
253

254 **ATTORNEY'S FEES:** In case either party engages an attorney's services in regard to this Agreement, or in case of
255 suit or action on this Agreement, the prevailing party shall recover collection costs, court costs, and reasonable
256 attorney's fees.
257

258 **CIVIL RIGHTS/FAIR HOUSING:** The Civil Rights and Fair Housing Laws of the United States and Montana prohibit
259 discrimination on the basis of race, religion, sex, national origin, color, handicap, familial status, marital status, age
260 and creed. All parties to this Agreement shall deal in a free and open manner according to said law.

© 2021 Montana Association of REALTORS®
Listing Agreement Residential, October 2021
Page 5 of 6

Seller's Initials

5 & 10 Dream

1:23-bk-10019-BPH Doc#: 20 Filed: 04/07/23 Page 5 of 38

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

261 **FAX/COUNTERPARTS/ELECTRONIC SIGNATURES:** This Agreement may be executed in counterparts and, when
262 all counterpart documents are executed, the counterparts shall constitute a single binding instrument. Moreover, a
263 signature transmitted by fax or other electronic means will be enforceable against any party, who executes the
264 Agreement and transmits the signature by fax or other electronic means. The parties hereto, all agree that the
265 transaction contemplated by this document may be conducted by electronic means in accordance with the Montana
266 Uniform Electronic Transaction Act.
267
268 **AUDIO RECORDING ACKNOWLEDGMENT:** Seller acknowledges that in the State of Montana it is a criminal
269 offense for a person to knowingly or purposely record, or cause to be recorded, a conversation by use of ANY hidden
270 electronic or mechanical device that reproduces a human conversation without the knowledge of all parties to the
271 conversation
272
273 ☐ **SINGLE PARTY LISTING:** This Agreement is for the sale of the Property to an identified buyer and is modified
274 by the Single Party Listing Addendum attached hereto.
275
276 SELLER CERTIFIES THAT SELLER HAS READ, UNDERSTOOD, AND RECEIVED A SIGNED COPY OF THIS
277 AGREEMENT. SELLER FURTHER CERTIFIES THAT SELLER HAS BEEN INFORMED AND SELLER UNDERSTANDS
278 THAT IF SELLER CONVEYS SELLER'S INTEREST IN THE PROPERTY DURING THE TERM OF THIS AGREEMENT
279 OR IF SELLER REVOKES THE UNDERSIGNED BROKER'S EXCLUSIVE RIGHT TO SELL, SELLER WILL PAY THE
280 ABOVE STATED COMMISSION.
281

282 **Mikayla Kovash Brokerage@Metro Realtors**      **Akidoi Inc, Misty Roberts**
283 Listing Firm      Seller's Name
284
285               **03/17/2023**
286 Broker's Signature      Date      Seller's Signature      Date
287
288       *Misty Roberts*    03/28/2023     **03/17/2023**
289 Listing Salesperson's Signature      Date      Seller's Signature      Date
290 **Mikayla Kovash**
291 **(406)591-5554**      **(406)591-5555**
292 Phone Number      Seller's Address
293
294
295      Seller's City, State and Zip Code
296
297
298      Seller's Phone Number


**NOTE:** Unless otherwise expressly stated the term "days" means calendar days and not business days. Business days are defined as
all days except Sundays and Montana or federal holidays.

© 2021 Montana Association of REALTORS®
Listing Agreement Residential, October 2021
Page 6 of 6

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

# MOLD DISCLOSURE



The use of this form is for REALTOR® members only (members of the Montana Association of REALTORS®) and cannot be used by any other party for any purpose. Use of these forms by other parties may result in legal action by the Montana Association of REALTORS®.

1 Date: **March 17, 2023**

2

3 Property Address: **5 & 10 Dream Catcher Ln, Red Lodge, MT 59068**

4

5 MOLD DISCLOSURE: There are many types of mold. Inhabitable properties are not, and cannot be, constructed to exclude
6 mold. Moisture is one of the most significant factors contributing to mold growth. Information about controlling mold growth
7 may be available from your county extension agent or health department. Certain strains of mold may cause damage to
8 property and may adversely affect the health of susceptible persons, including allergic reactions that may include skin, eye,
9 nose, and throat irritation. Certain strains of mold may cause infections, particularly in individuals with suppressed immune
10 systems. Some experts contend that certain strains of mold may cause serious and even life-threatening diseases.
11 However, experts do not agree about the nature and extent of the health problems caused by mold or about the level of
12 mold exposure that may cause health problems. The Centers for Disease Control and Prevention is studying the link
13 between mold and serious health conditions. The seller, landlord, seller's agent, buyer's agent, or property manager cannot
14 and does not represent or warrant the absence of mold. It is the buyer's or tenant's obligation to determine whether a mold
15 problem is present. To do so, the buyer or tenant should hire a qualified inspector and make any contract to purchase, rent,
16 or lease contingent upon the results of that inspection. A seller, landlord, seller's agent, buyer's agent, or property manager
17 who provides this mold disclosure statement, provides for the disclosure of any prior testing and any subsequent mitigation
18 or treatment for mold, and discloses any knowledge of mold is not liable in any action based on the presence of or
19 propensity for mold in a building that is subject to any contract to purchase, rent, or lease.

20

21 The undersigned, Seller, Landlord, Seller's Agent and/or Property Manager disclose that they have knowledge that the
22 building or buildings on the property have mold present in them. This disclosure is made in recognition that all
23 inhabitable properties contain mold, as defined by the Montana Mold Disclosure Act (any mold, fungus, mildew or
24 spores). The undersigned are not representing that a significant mold problem exists or does not exist on the property,
25 as such a determination may only be made by a qualified inspector.

26

27 If Seller/Landlord knows a building located on the property has been tested for mold, Seller/Landlord has previously
28 provided or with this Disclosure provides the Buyer/Tenant a copy of the results of that test (if available) and evidence of
29 any subsequent mitigation or treatment.

30

31 _____     03/17/2023
32 Seller/Landlord                          Date         Seller's Agent/Property Manager        Date
33 **Akidoi Inc**                                        **Mikayla Kovash**
34 _____                                              03/17/2023
   *Misty Roberts*        03/28/2023    03/17/2023
35 Seller/Landlord                          Date         Seller's Agent/Property Manager        Date
36 **Misty Roberts**                                     **Polly Kovash**
37 ACKNOWLEDGMENT: The undersigned Buyer/Tenant, Buyer's Agent or Statutory Broker acknowledges receipt of this
38 Disclosure, the test results (if available) and evidence of subsequent mitigation or treatment. The undersigned
39 Buyer/Tenant agrees that it is their responsibility to hire a qualified inspector to determine if a significant mold problem
40 exists or does not exist on the property. They further acknowledge that the Seller, Landlord, Seller's Agent, Buyer's
41 Agent, Statutory Broker and/or Property Manager, who have provided this Disclosure, are not liable for any action based
42 on the presence of or propensity for mold in the property.

43

44 _____
45 Buyer/Tenant                             Date         Buyer's Agent/Statutory Broker         Date

46

47 _____
48 Buyer/Tenant                             Date         Buyer's Agent/Statutory Broker         Date

**NOTE:** Unless otherwise expressly stated the term "days" means calendar days and not business days. Business days are defined as
all days except Sundays and Montana or federal holidays.

© 2006 Montana Association of REALTORS®
Mold Disclosure, March 2006
Page 1 of 1

Metro Realtors LLP, 2029 Grand Avenue Billings MT 59102
Phone: 4065915555          Fax: 4062459390          Polly Kovash          5 & 10 Dream
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026     www.zipLogix.com

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

# LEAD-BASED PAINT DISCLOSURE



1  Date: **March 17, 2023**
2
3  **Property Address:** 5 & 10 Dream Catcher Ln, Red Lodge, MT  59068
4
5  **Lead Warning Statement:** Every Buyer of any interest in residential real property on which a residential dwelling was built prior to 1978
6  is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing
7  lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced
8  intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The
9  Seller of any interest in residential real property is required to provide the Buyer with any information on lead-based paint hazards from
10  risk assessments or inspections in the Seller's possession and notify the Buyer of any known lead-based paint hazards. A risk
11  assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.
12  **Seller's Disclosures:** The Seller hereby discloses the presence of lead-based paint and/or lead-based paint hazards by checking
13  the appropriate boxes as follows:
14      (a)        Presence of lead-based paint and/or lead-based paint hazards (check one below):
15            ☐ Seller knows that lead-based paint and/or lead-based paint hazards are present in the property (explain):
16   
17   
18            ☐ Seller has no knowledge of lead-based paint and/or lead-based paint hazards in the property.
19      (b)        Records and Reports available to the Seller (check one below):
20            ☐ Seller has provided the Buyer with all available records and reports pertaining to lead-based paint and/or
21            lead-based paint hazards in the property. Those reports and records are itemized as follows:
22   
23   
24            ☐ Seller has no records or reports pertaining to lead-based paint and/or lead-based paint hazards in the property.
25  **Buyer's Acknowledgment:** Buyer acknowledges, by his/her initials in the blanks provided below, as follows:
26      (c) _____ Buyer has received copies of all information listed in item (b), if any.
27      (d) _____ Buyer has received the pamphlet *"Protect Your Family From Lead in Your Home."*
28            If the delivery of the documents referenced in subsection (c) or (d) occurs after the full execution of the Buy-Sell
29            Agreement (the Agreement) by all parties, Buyer has a right to cancel as set forth in the Agreement.
30      (e) _____ Buyer has (check one below):
31            ☐ Received a 10-day opportunity (or other mutually agreed upon period) to conduct a risk assessment or
32            inspection of the presence of lead-based paint hazards (in which event the parties have entered a Lead-
33            Based Paint Contingency Addendum); or
34            ☐ Waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based
35            paint and/or lead-based paint hazards.
36  **Broker/Salesperson's Acknowledgment:** The Seller Broker/Salesperson (or if no listing Broker/Salesperson, any Broker/
37  Salesperson in the transaction) acknowledges, by his/her initials in the blank provided below, as follows:
38      (f) _____ Broker/Salesperson has informed the Seller of the Seller's obligations under 42 U.S.C. §4852(d) and is
39            aware of his/her responsibility to ensure compliance.
40  **Certifications:** The undersigned have reviewed the information above and certify, to the best of their knowledge, that the information,
41  which they have provided is true and accurate.
42
43
44  Seller  Akidoi Inc _____   Date    Buyer _____   Date
45
46  *Misty Roberts*      03/28/2023   **03/17/2023**
47  Seller  Misty Roberts _____   Date    Buyer _____   Date
48
49                               **03/17/2023**
50  Seller Broker/Salesperson _____   Date
51  (if no Seller Broker/Salesperson, Buyer Broker/Salesperson to sign)
    Mikayla Kovash

**NOTE:** Unless otherwise expressly stated the term days means calendar days and not business days. Business days are defined as all
days except Sundays and Montana or federal holidays.

© 2021 Montana Association of REALTORS®
Lead-Based Paint Disclosure, October 2021

Metro Realtors LLP, 2029 Grand Avenue Billings MT 59102
Phone: 4065915555         Fax: 4062459390         Polly Kovash                  5 & 10 Dream
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

1:23-bk-10019-BPH   Doc#: 20   Filed: 04/07/23   Page 8 of 38

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B







# Protect Your Family From Lead in Your Home



United States
Environmental
Protection Agency



United States
Consumer Product
Safety Commission

United States
Department of Housing
and Urban Development

March 2021

Metro Realtors LLP, 2029 Grand Avenue Billings MT 59102
Phone: 4065915555          Fax:  4062459390          Polly Kovash                                                                5 & 10 Dream
Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com
1:23-bk-10019-BPH   Doc#: 20   Filed: 04/07/23   Page 9 of 38

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

# Are You Planning to Buy or Rent a Home Built Before 1978?

Did you know that many homes built before 1978 have **lead-based paint**? Lead from paint, chips, and dust can pose serious health hazards.

**Read this entire brochure to learn:**

- How lead gets into the body
- How lead affects health
- What you can do to protect your family
- Where to go for more information

**Before renting or buying a pre-1978 home or apartment, federal law requires:**

- Sellers must disclose known information on lead-based paint or lead-based paint hazards before selling a house.
- Real estate sales contracts must include a specific warning statement about lead-based paint. Buyers have up to 10 days to check for lead.
- Landlords must disclose known information on lead-based paint or lead-based paint hazards before leases take effect. Leases must include a specific warning statement about lead-based paint.

**If undertaking renovations, repairs, or painting (RRP) projects in your pre-1978 home or apartment:**

- Read EPA's pamphlet, *The Lead-Safe Certified Guide to Renovate Right,* to learn about the lead-safe work practices that contractors are required to follow when working in your home (see page 12).



Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

# Simple Steps to Protect Your Family from Lead Hazards

**If you think your home has lead-based paint:**

- Don't try to remove lead-based paint yourself.

- Always keep painted surfaces in good condition to minimize deterioration.

- Get your home checked for lead hazards. Find a certified inspector or risk assessor at epa.gov/lead.

- Talk to your landlord about fixing surfaces with peeling or chipping paint.

- Regularly clean floors, window sills, and other surfaces.

- Take precautions to avoid exposure to lead dust when remodeling.

- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe certified renovation firms.

- Before buying, renting, or renovating your home, have it checked for lead-based paint.

- Consult your health care provider about testing your children for lead. Your pediatrician can check for lead with a simple blood test.

- Wash children's hands, bottles, pacifiers, and toys often.

- Make sure children eat healthy, low-fat foods high in iron, calcium, and vitamin C.

- Remove shoes or wipe soil off shoes before entering your house.

1

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

## Lead Gets into the Body in Many Ways

**Adults and children can get lead into their bodies if they:**

- Breathe in lead dust (especially during activities such as renovations, repairs, or painting that disturb painted surfaces).

- Swallow lead dust that has settled on food, food preparation surfaces, and other places.

- Eat paint chips or soil that contains lead.

**Lead is especially dangerous to children under the age of 6.**

- At this age, children's brains and nervous systems are more sensitive to the damaging effects of lead.



- Children's growing bodies absorb more lead.

- Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.

**Women of childbearing age should know that lead is dangerous to a developing fetus.**

- Women with a high lead level in their system before or during pregnancy risk exposing the fetus to lead through the placenta during fetal development.

2

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

## Health Effects of Lead

**Lead affects the body in many ways.** It is important to know that even exposure to low levels of lead can severely harm children.

**In children, exposure to lead can cause:**



- Nervous system and kidney damage

- Learning disabilities, attention-deficit disorder, and decreased intelligence

- Speech, language, and behavior problems

- Poor muscle coordination

- Decreased muscle and bone growth

- Hearing damage

While low-lead exposure is most common, exposure to high amounts of lead can have devastating effects on children, including seizures, unconsciousness, and in some cases, death.

Although children are especially susceptible to lead exposure, lead can be dangerous for adults, too.

**In adults, exposure to lead can cause:**

- Harm to a developing fetus

- Increased chance of high blood pressure during pregnancy

- Fertility problems (in men and women)

- High blood pressure

- Digestive problems

- Nerve disorders

- Memory and concentration problems

- Muscle and joint pain

3

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

## Check Your Family for Lead

**Get your children and home tested if you think your home has lead.**

Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect lead. Blood lead tests are usually recommended for:

- Children at ages 1 and 2

- Children or other family members who have been exposed to high levels of lead

- Children who should be tested under your state or local health screening plan

**Your doctor can explain what the test results mean and if more testing will be needed.**

4

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

## Where Lead-Based Paint Is Found

In general, the older your home or childcare facility, the more likely it has lead-based paint.[1]

**Many homes, including private, federally-assisted, federally-owned housing, and childcare facilities built before 1978 have lead-based paint.** In 1978, the federal government banned consumer uses of lead-containing paint.[2]

Learn how to determine if paint is lead-based paint on page 7.

**Lead can be found:**

- In homes and childcare facilities in the city, country, or suburbs,

- In private and public single-family homes and apartments,

- On surfaces inside and outside of the house, and

- In soil around a home. (Soil can pick up lead from exterior paint or other sources, such as past use of leaded gas in cars.)

Learn more about where lead is found at epa.gov/lead.

---

[1] "Lead-based paint" is currently defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter ($mg/cm^2$), or more than 0.5% by weight.

[2] "Lead-containing paint" is currently defined by the federal government as lead in new dried paint in excess of 90 parts per million (ppm) by weight.

5

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

## Identifying Lead-Based Paint and Lead-Based Paint Hazards

**Deteriorated lead-based paint (peeling, chipping, chalking, cracking, or damaged paint)** is a hazard and needs immediate attention. **Lead-based paint** may also be a hazard when found on surfaces that children can chew or that get a lot of wear and tear, such as:

- On windows and window sills

- Doors and door frames

- Stairs, railings, banisters, and porches

**Lead-based paint is usually not a hazard if it is in good condition** and if it is not on an impact or friction surface like a window.

**Lead dust** can form when lead-based paint is scraped, sanded, or heated. Lead dust also forms when painted surfaces containing lead bump or rub together. Lead paint chips and dust can get on surfaces and objects that people touch. Settled lead dust can reenter the air when the home is vacuumed or swept, or when people walk through it. EPA currently defines the following levels of lead in dust as hazardous:

- 10 micrograms per square foot ($\mu g/ft^2$) and higher for floors, including carpeted floors

- 100 $\mu g/ft^2$ and higher for interior window sills

**Lead in soil** can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. EPA currently defines the following levels of lead in soil as hazardous:

- 400 parts per million (ppm) and higher in play areas of bare soil

- 1,200 ppm (average) and higher in bare soil in the remainder of the yard

**Remember, lead from paint chips—which you can see—and lead dust—which you may not be able to see—both can be hazards.**

The only way to find out if paint, dust, or soil lead hazards exist is to test for them. The next page describes how to do this.

6

## Checking Your Home for Lead

You can get your home tested for lead in several different ways:

- A lead-based paint **inspection** tells you if your home has lead-based paint and where it is located. It won't tell you whether your home currently has lead hazards. A trained and certified testing professional, called a lead-based paint inspector, will conduct a paint inspection using methods, such as:

  - Portable x-ray fluorescence (XRF) machine

  - Lab tests of paint samples

- A **risk assessment** tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards. A trained and certified testing professional, called a risk assessor, will:

  - Sample paint that is deteriorated on doors, windows, floors, stairs, and walls

  - Sample dust near painted surfaces and sample bare soil in the yard

  - Get lab tests of paint, dust, and soil samples

- A combination inspection and risk assessment tells you if your home has any lead-based paint and if your home has any lead hazards, and where both are located.

Be sure to read the report provided to you after your inspection or risk assessment is completed, and ask questions about anything you do not understand.

7

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

## Checking Your Home for Lead, continued

In preparing for renovation, repair, or painting work in a pre-1978 home, Lead-Safe Certified renovators (see page 12) may:

- Take paint chip samples to determine if lead-based paint is present in the area planned for renovation and send them to an EPA-recognized lead lab for analysis. In housing receiving federal assistance, the person collecting these samples must be a certified lead-based paint inspector or risk assessor

- Use EPA-recognized tests kits to determine if lead-based paint is absent (but not in housing receiving federal assistance)

- Presume that lead-based paint is present and use lead-safe work practices

There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency for more information, visit epa.gov/lead, or call **1-800-424-LEAD (5323)** for a list of contacts in your area.[3]

---

[3] Hearing- or speech-challenged individuals may access this number through TTY by calling the Federal Relay Service at 1-800-877-8339.

Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

5 & 10 Dream

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

## What You Can Do Now to Protect Your Family

**If you suspect that your house has lead-based paint hazards, you can take some immediate steps to reduce your family's risk:**

- If you rent, notify your landlord of peeling or chipping paint.

- Keep painted surfaces clean and free of dust. Clean floors, window frames, window sills, and other surfaces weekly. Use a mop or sponge with warm water and a general all-purpose cleaner. (Remember: never mix ammonia and bleach products together because they can form a dangerous gas.)

- Carefully clean up paint chips immediately without creating dust.

- Thoroughly rinse sponges and mop heads often during cleaning of dirty or dusty areas, and again afterward.

- Wash your hands and your children's hands often, especially before they eat and before nap time and bed time.

- Keep play areas clean. Wash bottles, pacifiers, toys, and stuffed animals regularly.

- Keep children from chewing window sills or other painted surfaces, or eating soil.

- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe Certified renovation firms (see page 12).

- Clean or remove shoes before entering your home to avoid tracking in lead from soil.

- Make sure children eat nutritious, low-fat meals high in iron, and calcium, such as spinach and dairy products. Children with good diets absorb less lead.

9

## Reducing Lead Hazards

**Disturbing lead-based paint or removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.**



- In addition to day-to-day cleaning and good nutrition, you can **temporarily** reduce lead-based paint hazards by taking actions, such as repairing damaged painted surfaces and planting grass to cover lead-contaminated soil. These actions are not permanent solutions and will need ongoing attention.

- You can minimize exposure to lead when renovating, repairing, or painting by hiring an EPA- or state-certified renovator who is trained in the use of lead-safe work practices. If you are a do-it-yourselfer, learn how to use lead–safe work practices in your home.

- To remove lead hazards permanently, you should hire a certified lead abatement contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent control.

**Always use a certified contractor who is trained to address lead hazards safely.**

- Hire a Lead-Safe Certified firm (see page 12) to perform renovation, repair, or painting (RRP) projects that disturb painted surfaces.

- To correct lead hazards permanently, hire a certified lead abatement contractor. This will ensure your contractor knows how to work safely and has the proper equipment to clean up thoroughly.

Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

10

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

## Reducing Lead Hazards, continued

**If your home has had lead abatement work done** or if the housing is receiving federal assistance, once the work is completed, dust cleanup activities must be conducted until clearance testing indicates that lead dust levels are below the following levels:

- 10 micrograms per square foot ($\mu g/ft^2$) for floors, including carpeted floors

- 100 $\mu g/ft^2$ for interior windows sills

- 400 $\mu g/ft^2$ for window troughs

**Abatements are designed to permanently eliminate lead-based paint hazards.** However, lead dust can be reintroduced into an abated area.

- Use a HEPA vacuum on all furniture and other items returned to the area, to reduce the potential for reintroducing lead dust.

- Regularly clean floors, window sills, troughs, and other hard surfaces with a damp cloth or sponge and a general all-purpose cleaner.

Please see page 9 for more information on steps you can take to protect your home after the abatement. For help in locating certified lead abatement professionals in your area, call your state or local agency (see pages 15 and 16), epa.gov/lead, or call 1-800-424-LEAD.

11

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

## Renovating, Repairing or Painting a Home with Lead-Based Paint

**If you hire a contractor to conduct renovation, repair, or painting (RRP) projects in your pre-1978 home or childcare facility (such as pre-school and kindergarten), your contractor must:**



- Be a Lead-Safe Certified firm approved by EPA or an EPA-authorized state program

- Use qualified trained individuals (Lead-Safe Certified renovators) who follow specific lead-safe work practices to prevent lead contamination

- Provide a copy of EPA's lead hazard information document, *The Lead-Safe Certified Guide to Renovate Right*

**RRP contractors working in pre-1978 homes and childcare facilities must follow lead-safe work practices that:**

- **Contain the work area.** The area must be contained so that dust and debris do not escape from the work area. Warning signs must be put up, and plastic or other impermeable material and tape must be used.

- **Avoid renovation methods that generate large amounts of lead-contaminated dust.** Some methods generate so much lead-contaminated dust that their use is prohibited. They are:

  - Open-flame burning or torching

  - Sanding, grinding, planing, needle gunning, or blasting with power tools and equipment not equipped with a shroud and HEPA vacuum attachment

  - Using a heat gun at temperatures greater than 1100°F

- **Clean up thoroughly.** The work area should be cleaned up daily. When all the work is done, the area must be cleaned up using special cleaning methods.

- **Dispose of waste properly.** Collect and seal waste in a heavy duty bag or sheeting. When transported, ensure that waste is contained to prevent release of dust and debris.

To learn more about EPA's requirements for RRP projects, visit epa.gov/getleadsafe, or read *The Lead-Safe Certified Guide to Renovate Right.*

12

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

## Other Sources of Lead

**Lead in Drinking Water**

The most common sources of lead in drinking water are lead pipes, faucets, and fixtures.

Lead pipes are more likely to be found in older cities and homes built before 1986.

You can't smell or taste lead in drinking water.

To find out for certain if you have lead in drinking water, have your water tested.

Remember older homes with a private well can also have plumbing materials that contain lead.

**Important Steps You Can Take to Reduce Lead in Drinking Water**

- Use only cold water for drinking, cooking and making baby formula. Remember, boiling water does not remove lead from water.

- Before drinking, flush your home's pipes by running the tap, taking a shower, doing laundry, or doing a load of dishes.

- Regularly clean your faucet's screen (also known as an aerator).

- If you use a filter certified to remove lead, don't forget to read the directions to learn when to change the cartridge. Using a filter after it has expired can make it less effective at removing lead.

Contact your water company to determine if the pipe that connects your home to the water main (called a service line) is made from lead. Your area's water company can also provide information about the lead levels in your system's drinking water.

For more information about lead in drinking water, please contact EPA's Safe Drinking Water Hotline at 1-800-426-4791. If you have other questions about lead poisoning prevention, call 1-800 424-LEAD.*

Call your local health department or water company to find out about testing your water, or visit epa.gov/safewater for EPA's lead in drinking water information. Some states or utilities offer programs to pay for water testing for residents. Contact your state or local water company to learn more.

---

\* Hearing- or speech-challenged individuals may access this number through TTY by calling the Federal Relay Service at 1-800-877-8339.

13

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

## Other Sources of Lead, continued

- **Lead smelters** or other industries that release lead into the air.

- **Your job.** If you work with lead, you could bring it home on your body or clothes. Shower and change clothes before coming home. Launder your work clothes separately from the rest of your family's clothes.

- **Hobbies** that use lead, such as making pottery or stained glass, or refinishing furniture. Call your local health department for information about hobbies that may use lead.

- Old **toys** and **furniture** may have been painted with lead-containing paint. Older toys and other children's products may have parts that contain lead.[4]

- Food and liquids cooked or stored in **lead crystal** or **lead-glazed pottery or porcelain** may contain lead.

- Folk remedies, such as **"greta"** and **"azarcon,"** used to treat an upset stomach.

---

[4] In 1978, the federal government banned toys, other children's products, and furniture with lead-containing paint. In 2008, the federal government banned lead in most children's products. The federal government currently bans lead in excess of 100 ppm by weight in most children's products.

14

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

# For More Information

**The National Lead Information Center**
Learn how to protect children from lead poisoning and get other information about lead hazards on the Web at epa.gov/safewater and hud.gov/lead, or call **1-800-424-LEAD (5323).**

**EPA's Safe Drinking Water Hotline**
For information about lead in drinking water, call **1-800-426-4791**, or visit epa.gov/lead for information about lead in drinking water.

**Consumer Product Safety Commission (CPSC) Hotline**
For information on lead in toys and other consumer products, or to report an unsafe consumer product or a product-related injury, call **1-800-638-2772**, or visit CPSC's website at cpsc.gov or saferproducts.gov .

**State and Local Health and Environmental Agencies**
Some states, tribes, and cities have their own rules related to lead-based paint. Check with your local agency to see which laws apply to you. Most agencies can also provide information on finding a lead abatement firm in your area, and on possible sources of financial aid for reducing lead hazards. Receive up-to-date address and phone information for your state or local contacts on the Web at epa.gov/safewater , or contact the National Lead Information Center at **1-800-424-LEAD.**

> Hearing- or speech-challenged individuals may access any of the phone numbers in this brochure through TTY by calling the toll-free Federal Relay Service at **1-800-877-8339** .

15

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

# U. S. Environmental Protection Agency (EPA) Regional Offices

The mission of EPA is to protect human health and the environment. Your Regional EPA Office can provide further information regarding regulations and lead protection programs.

**Region 1** (Connecticut, Massachusetts, Maine, New Hampshire, Rhode Island, Vermont)

Regional Lead Contact
U.S. EPA Region 1
5 Post Office Square, Suite 100, OES 05-4
Boston, MA 02109-3912
(888) 372-7341

**Region 2** (New Jersey, New York, Puerto Rico, Virgin Islands)

Regional Lead Contact
U.S. EPA Region 2
2890 Woodbridge Avenue
Building 205, Mail Stop 225
Edison, NJ 08837-3679
(732) 906-6809

**Region 3** (Delaware, Maryland, Pennsylvania, Virginia, DC, West Virginia)

Regional Lead Contact
U.S. EPA Region 3
1650 Arch Street
Philadelphia, PA 19103
(215) 814-2088

**Region 4** (Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, Tennessee)

Regional Lead Contact
U.S. EPA Region 4
AFC Tower, 12th Floor, Air, Pesticides & Toxics
61 Forsyth Street, SW
Atlanta, GA 30303
(404) 562-8998

**Region 5** (Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin)

Regional Lead Contact
U.S. EPA Region 5 (LL-17J)
77 West Jackson Boulevard
Chicago, IL 60604-3666
(312) 353-3808

**Region 6** (Arkansas, Louisiana, New Mexico, Oklahoma, Texas, and 66 Tribes)

Regional Lead Contact
U.S. EPA Region 6
1445 Ross Avenue, 12th Floor
Dallas, TX 75202-2733
(214) 665-2704

**Region 7** (Iowa, Kansas, Missouri, Nebraska)

Regional Lead Contact
U.S. EPA Region 7
11201 Renner Blvd.
Lenexa, KS 66219
(800) 223-0425

**Region 8** (Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming)

Regional Lead Contact
U.S. EPA Region 8
1595 Wynkoop St.
Denver, CO 80202
(303) 312-6966

**Region 9** (Arizona, California, Hawaii, Nevada)

Regional Lead Contact
U.S. EPA Region 9 (CMD-4-2)
75 Hawthorne Street
San Francisco, CA 94105
(415) 947-4280

**Region 10** (Alaska, Idaho, Oregon, Washington)

Regional Lead Contact
U.S. EPA Region 10 (20-C04)
Air and Toxics Enforcement Section
1200 Sixth Avenue, Suite 155
Seattle, WA 98101
(206) 553-1200

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com

5 & 10 Dream

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

## Consumer Product Safety Commission (CPSC)

The CPSC protects the public against unreasonable risk of injury from consumer products through education, safety standards activities, and enforcement. Contact CPSC for further information regarding consumer product safety and regulations.

**CPSC**
4330 East West Highway
Bethesda, MD 20814-4421
1-800-638-2772
cpsc.gov or saferproducts.gov

## U. S. Department of Housing and Urban Development (HUD)

HUD's mission is to create strong, sustainable, inclusive communities and quality affordable homes for all. Contact Office of Lead Hazard Control and Healthy Homes for further information regarding the Lead Safe Housing Rule, which protects families in pre-1978 assisted housing, and for the lead hazard control and research grant programs.

**HUD**
451 Seventh Street, SW, Room 8236
Washington, DC 20410-3000
(202) 402-7698
hud.gov/lead

This document is in the public domain. It may be produced by an individual or organization without permission. Information provided in this booklet is based upon current scientific and technical understanding of the issues presented and is reflective of the jurisdictional boundaries established by the statutes governing the co-authoring agencies. Following the advice given will not necessarily provide complete protection in all situations or against all health hazards that can be caused by lead exposure.

U. S. EPA Washington DC 20460          EPA-747-K-12-001
U. S. CPSC Bethesda MD 20814          March 2021
U. S. HUD Washington DC 20410

17

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

# IMPORTANT!

## Lead From Paint, Dust, and Soil in and Around Your Home Can Be Dangerous if Not Managed Properly

- Children under 6 years old are most at risk for lead poisoning in your home.

- Lead exposure can harm young children and babies even before they are born.

- Homes, schools, and child care facilities built before 1978 are likely to contain lead-based paint.

- Even children who seem healthy may have dangerous levels of lead in their bodies.

- Disturbing surfaces with lead-based paint or removing lead-based paint improperly can increase the danger to your family.

- People can get lead into their bodies by breathing or swallowing lead dust, or by eating soil or paint chips containing lead.

- People have many options for reducing lead hazards. Generally, lead-based paint that is in good condition is not a hazard (see page 10).

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

# RELATIONSHIPS/CONSENTS IN REAL ESTATE TRANSACTIONS
## (Combined Explanation and Disclosure)



**THIS IS A RELATIONSHIP DISCLOSURE REQUIRED BY MONTANA LAW.**
**NEITHER THE EXECUTION OF THIS DOCUMENT NOR ANYTHING CONTAINED IN THIS DOCUMENT SHALL**
**BE CONSTRUED AS CREATING A BINDING CONTRACT OR OTHER AGREEMENT BETWEEN THE PARTIES.**

1  Date:**March 17, 2023**

2

3                     **Definition of Terms and Description of Duties**

4  A **"Seller Agent"** is obligated to the **Seller** to:

5     • act solely in the best interests of the seller, except that a seller agent, after written disclosure to the seller and
6       with the seller's written consent, may represent multiple sellers of property or list properties for sale that may
7       compete with the seller's property without breaching any obligation to the seller;
8     • obey promptly and efficiently all lawful instructions of the seller;
9     • disclose all relevant and material information that concerns the real estate transaction and that is known to
10      the seller agent and not known or discoverable by the seller unless the information is subject to confidentiality
11      arising from a prior or existing agency relationship on the part of the seller agent with a buyer or another seller;
12     • safeguard the seller's confidences;
13     • exercise reasonable care, skill, and diligence in pursuing the seller's objectives and in complying with the
14      terms established in the listing agreement;
15     • fully account to the seller for any funds or property of the seller that comes into the seller agent's possession; and
16     • comply with all applicable federal and state laws, rules, and regulations.
17

18  A **"Seller Agent"** is obligated to the **Buyer** to:

19     • disclose to a buyer or the buyer agent any adverse material facts that concern the property and that are known to
20      the seller agent, except that the seller agent is not required to inspect the property or verify any statements made
21      by the seller;
22     • disclose to a buyer or the buyer agent when the seller agent has no personal knowledge of the veracity of
23      information regarding adverse material facts that concern the property;
24     • act in good faith with a buyer and a buyer agent; and
25     • comply with all applicable federal and state laws, rules, and regulations.
26

27  A **"Buyer Agent"** is obligated to the **Buyer** to:

28     • act solely in the best interests of the buyer, except that a buyer agent, after written disclosure to the buyer and
29      with the buyer's written consent, may represent multiple buyers interested in buying the same property or
30      properties similar to the property in which the buyer is interested or show properties in which the buyer is
31      interested to other prospective buyers without breaching any obligation to the buyer;
32     • obey promptly and efficiently all lawful instructions of the buyer;
33     • disclose all relevant and material information that concerns the real estate transaction and that is known to the
34      buyer agent and not known or discoverable by the buyer, unless the information is subject to confidentiality arising
35      from a prior existing agency relationship on the part of the buyer agent with another buyer or a seller;
36     • safeguard the buyer's confidences;
37     • exercise reasonable care, skill, and diligence in pursuing the buyer's objectives and in complying with the terms
38      established in the buyer broker agreement;
39     • fully account to the buyer for any funds or property of the buyer that comes into the buyer agent's possession; and
40     • comply with all applicable federal and state laws, rules, and regulations.
41

42  A **"Buyer Agent"** is obligated to the **Seller** to:

43     • disclose any adverse material facts that are known to the buyer agent and that concern the ability of the buyer to
44      perform on any purchase offer;
45     • disclose to the seller or the seller agent when the buyer agent has no personal knowledge of the veracity of
46      information regarding adverse material facts that concern the ability of the buyer to perform on any purchase offer;
47     • act in good faith with a seller and a seller agent; and
48     • comply with all applicable federal and state laws, rules, and regulations.

© 2021 Montana Association of REALTORS®
Relationships/Consents in Real Estate Transactions, April 2021

Initial(s)_____

Metro Realtors LLP, 2029 Grand Avenue Billings MT 59102
Phone: 4065915555       Fax: 4062459390    Polly Kovash                      5 & 10 Dream

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

49  **DUAL AGENCY** IF A SELLER AGENT IS ALSO REPRESENTING A BUYER OR A BUYER AGENT IS ALSO
50  REPRESENTING A SELLER WITH REGARD TO A PROPERTY, THEN A DUAL AGENCY RELATIONSHIP HAS BE
51  ESTABLISHED. IN A DUAL AGENCY RELATIONSHIP, THE DUAL AGENT IS EQUALLY OBLIGATED TO BOTH
52  THE SELLER AND THE BUYER. THESE OBLIGATIONS MAY PROHIBIT THE DUAL AGENT FROM ADVOCATING
53  EXCLUSIVELY ON BEHALF OF THE SELLER OR BUYER AND MAY LIMIT THE DEPTH AND DEGREE OF
54  REPRESENTATION THAT YOU RECEIVE. A BROKER OR A SALESPERSON MAY NOT ACT AS A DUAL AGENT
55  WITHOUT THE SIGNED, WRITTEN CONSENT OF BOTH THE SELLER AND THE BUYER.

56  A **"Dual Agent"** is obligated to a seller in the same manner as a seller agent and is obligated to a buyer in the same
57  manner as a buyer agent, except that a dual agent:

58  - has a duty to disclose to a buyer or seller any adverse material facts that are known to the dual agent, regardless
59    of any confidentiality considerations; and
60  - may not disclose the following information without the written consent of the person to whom the information is
61    confidential;
62      (i) the fact that the buyer is willing to pay more than the offered purchase price;
63      (ii) the fact that the seller is willing to accept less than the purchase price that the seller is asking for the
64          property;
65      (iii) factors motivating either party to buy or sell; and
66      (iv) any information that a party indicates in writing to the dual agent is to be kept confidential.

67  A **"Statutory Broker"** is not the agent of the buyer or seller but nevertheless is obligated to them to:

68  - disclose to:
69      (i) a buyer or a buyer agent any adverse material facts that concern the property and that are known to the
70          statutory broker, except that the statutory broker is not required to inspect the property or verify any
71          statements made by the seller; and
72      (ii) a seller or a seller agent any adverse material facts that are known to the statutory broker and that concern
73          the ability of the buyer to perform on any purchase offer;
74  - exercise reasonable care, skill, and diligence in putting together a real estate transaction, and
75  - comply with all applicable federal and state laws, rules and regulations.

76  An **"Adverse material fact"** means a fact that should be recognized by a broker or salesperson as being of enough
77  significance as to affect a person's decision to enter into a contract to buy or sell real property and may be a fact that:

78      (i) materially affects the value, affects structural integrity, or presents a documented health risk to occupants of
79          the property; or
80      (ii) materially affects the buyer's ability or intent to perform the buyer's obligations under a proposed or existing
81          contract.

82  "Adverse material fact" does not include the fact that an occupant of the property has or has had a communicable
83  disease or that the property was the site of a suicide or felony.

84  **Disclosures/Consents**

85  The undersigned Broker/Salesperson hereby discloses the relationship(s) as checked below, and the undersigned
86  Seller or Buyer acknowledges receipt of such disclosure(s) and consents to the relationship(s) disclosed.

87  Check Applicable Relationship(s):  ☐ **Seller Agent**      ☐ **Buyer Agent**      ☐ **Dual Agent**      ☐ **Statutory Broker**
88

89  Seller: ☐ Consents to Broker/Salesperson representing multiple sellers of property that may compete with the
90          Seller's property
91          ☐ Consents to Broker/Salesperson potentially acting as a dual agent.
92

93  Buyer: ☐ Consents to Broker/Salesperson representing multiple buyers interested in the same or similar properties
94          in which Buyer is interested and showing properties in which Buyer is interested to other prospective
95          buyers.
96          ☐ Does NOT consent to Broker/Salesperson submitting offers which may compete with Buyer's offer on the
97          SAME property.
98          ☐ Consents to Broker/Salesperson potentially acting as a dual agent
99
100 _____ 03/28/23 ____/_____        _____ / 03/17/2023
101 ☐ Seller ☐ Buyer                          Date            Broker/Salesperson                  Date
102 *Misty Roberts*                                           Mikayla Kovash
103 _____ / 03/17/2023
104 ☒ Seller ☐ Buyer                          Date

**NOTE:** Unless otherwise expressly stated the term "days" means calendar days and not business days.  Business days are defined
as all days except Sundays and Montana or federal holidays.

© 2021 Montana Association of REALTORS®
Relationships/Consents in Real Estate Transactions, April 2021
Page 2 of 2

Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com          5 & 10 Dream

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

# MONTANA ASSOCIATION OF REALTORS®
## PROPERTY DISCLOSURE STATEMENT



1  Date: **March 17, 2023**
2
3  Property: **5 & 10 Dream Catcher Ln, Red Lodge, MT   59068**
4  Seller(s): **Akidoi Inc, Misty Roberts**
5  Seller Agent: **Mikayla Kovash**
6
7  Concerning adverse material facts, Montana law provides that a seller agent is obligated to:
8
9  •   disclose to a buyer or the buyer agent any adverse material facts that concern the property and that are
10     known to the seller agent, except that the seller agent is not required to inspect the property or verify any
11     statements made by the seller; and
12  •   disclose to a buyer or the buyer agent when the seller agent has no personal knowledge of the veracity of
13     information regarding adverse material facts that concern the property.
14
15  The Seller Agent identified above is providing the attached Owner's Property Disclosure Statement that has been
16  completed and signed by the Seller(s), if one has been made available to the Seller Agent by the Seller(s).
17  Regardless of whether Seller(s) has/have provided Seller Agent with an Owner's Property Disclosure Statement,
18  **except as set forth below,** the Seller Agent has no personal knowledge:
19     (i)    about adverse material facts that concern the Property or
20     (ii)   regarding the veracity (accuracy) of any information regarding adverse material facts that concern
21            the Property
22  _____
23  _____
24  _____
25  _____
26  _____
27  _____
28
29  Information regarding adverse material facts that concern the Property and that are known to the Seller Agent, if any,
30  is set forth above. However, the Seller Agent is not required to inspect the Property or verify any statements made by
31  the Seller(s). Buyer(s) is/are therefore encouraged to obtain professional advice, inspections or both of the Property
32  and to provide for appropriate provisions in a Buy-Sell Agreement between the Buyer(s) and Seller(s) with respect to
33  any advice, inspections or defects.
34
35  Seller Agent Signature: _____
36                              **Mikayla Kovash**
37  Dated: **March 17, 2023**
38
39  Buyer and Buyer Agent acknowledge receipt of this Property Disclosure Statement.
40
41  Buyer Agent: _____
42
43  Buyer Agent Signature: _____
44
45  Dated: _____
46
47  Buyer Signature: _____
48
49  Dated: _____

© 2021 Montana Association of REALTORS®
Property Disclosure Statement, October 2021

Metro Realtors LLP, 2029 Grand Avenue Billings MT 59102
Phone: 4065915555          Fax:  4062459390          Polly Kovash                                    5 & 10 Dream
Produced with ZipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com
1:23-bk-10019-BPH   Doc#: 20   Filed: 04/07/23   Page 31 of 38

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

# OWNER'S PROPERTY DISCLOSURE STATEMENT
# MONTANA ASSOCIATION OF REALTORS® STANDARD FORM



1  Date: **March 17, 2023**

2

3  The undersigned Owner is the owner of certain real property located at **5 & 10 Dream Catcher Ln**
4  _____ , in the City of _____**Red Lodge**_____ ,
5  County of _____**Carbon**_____ , Montana, which real property is legally described as:
6  **WALLIS ACREAGE TRACTS, S35, T06 S, R20 E, WALLIS TRACTS LT 3 COS 474 & TR 21 BLK 1 COS**
7  **1427 AM and WALLIS ACREAGE TRACTS, S35, T06 S, R20 E, WALLIS TRACTS LT 2 COS 474 & TR**
8  **22 BLK 1 COS 1427 AM**
9  _____
10  (hereafter the "Property"). Owner executes this Disclosure Statement to disclose to prospective buyers all adverse
11  material facts which concern the Property. Montana law defines an adverse material fact as a fact that should be
12  recognized as being of enough significance as to affect a person's decision to enter into a contract to buy or sell real
13  property and may be a fact that materially affects the value of the Property, that affects the structural integrity of the
14  Property, or that presents a documented health risk to occupants of the Property.

15

16  ### OWNER'S DISCLOSURE

17

18  ☐ Owner has never occupied the Property.
19  ☐ Owner has not occupied the Property since _____ (date).

20

21  The Owner declares that the Owner has prepared this Disclosure Statement and any attachments thereto based on
22  any adverse material facts known to the Owner.  Owner hereby authorizes providing a copy of this Statement to any
23  person or entity in connection with any actual or anticipated sale of the Property.  Owner further agrees to indemnify
24  and hold any and all real estate agents involved, directly or indirectly, in the purchase and sale of the Property,
25  harmless from all claims for damages based upon the disclosures made in this Disclosure Statement along with the
26  failure of the Owner to disclose any adverse material facts known to the Owner.

27

28  This information is a disclosure by the Owner of known adverse material facts concerning the Property as of the
29  above date. **It is not a warranty or representation of any kind by the Owner and it is not a contract between**
30  **Owner and buyer. This disclosure statement is not a substitute for any inspections the buyer may wish to**
31  **obtain.**

32

33  Please describe any adverse material facts concerning the items listed, or other components, fixtures or matters.

34

35  1.  APPLIANCES: (Refrigerators, Microwave, Range, Dishwasher, Garbage Disposal, Oven, Trash Compactor,
36      Freezer, Washer, Dryer)
37  _____
38  _____
39
40  2.  COMPONENTS and BUILT-IN SYSTEMS: (Water Softener, Water Conditioners, Exhaust Fans, Central Vacuum
41      System and components, Water Heater, Washer/Dryer Hookups, Ceiling Fan, Intercoms, Remote Controls, T.V.
42      Antenna, Satellite Dish, Central sound systems, Wiring for phone, cable and internet, Security Alarms, Fire
43      Alarms, Smoke Detectors, Garage Door Openers, and Security Gates)
44  _____
45  _____

_____/_____
Buyer's or Lessee's Initials

© 2021 Montana Association of REALTORS®
Owner's Property Disclosure Statement, October 2021
Page 1 of 6

_____/ _MK_
Owner's Initials

Metro Realtors LLP, 2029 Grand Avenue Billings MT 59102
Phone: 4065915555          Fax: 4062459390          Polly Kovash          5 & 10 Dream
Produced with ZipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

1:23-bk-10019-BPH   Doc#: 20   Filed: 04/07/23   Page 32 of 38

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

3.  ELECTRICAL SYSTEM: (Wiring, Outlets, Switches, Services, Shorts, Alterations, and Overloads)

46
47 _____
48 _____
49

4.  PLUMBING: (including Pipes, Drains, Faucets, Fixtures, Sump Pumps and Toilets)
    a.  Faucets, fixtures, etc.

50
51
52 _____
53 _____
54

    b.  Private Septic Systems (Adherence to Health Codes, Clogging, Backing Up, Drain Field, Septic Tanks, Holding Tanks, and Cesspools)

55
56
57 _____
58 _____
59

    c.  Septic Systems permit in compliance with existing use of Property

60
61 _____
62 _____
63

    Date Septic System was last pumped?

64
65 _____
66 _____
67

    d.  Public Sewer Systems (Clogging and Backing Up)

68
69 _____
70 _____
71

5.  HEATING, VENTILATION AND AIR-CONDITIONING SYSTEMS: (Central Heating including furnaces, Central Air Conditioning including compressors, Heat pumps, Electric heating systems, Solar systems, Gas Leaks, Thermostats, Wall/Window AC Evaporator Coolers, Humidifiers, Propane tanks)_____

72
73
74
75 _____
76 _____
77

6.  ADDITIONAL HEAT SOURCES: (Gas, Pellet, Wood Stoves or Fireplaces) (Compliance with Air Quality Laws, Chimney Cleanliness, Chimney Fires and Adherence to Codes in Installation)

78
79
80 _____
81 _____
82

7.  INSULATION: (Walls, Ceiling, Utility Bills, Vapor Barrier and Formaldehyde or Asbestos Insulation)

83
84 _____
85 _____
86

8.  OTHER BASIC COMPONENTS: (Interior Walls, Ceilings, Floors, Exterior Walls, Windows, Doors, Window Screens, Slabs, Driveways, Sidewalks, Fences)

87
88
89 _____
90 _____
91

9.  BASEMENT: (Leakage, Flooding, Moisture or Evidence of Water, and Fuel Tanks)

92
93 _____
94 _____
95

10. FOUNDATION: (Depth, Footings, Reinforcement, and Cracking)

96
97 _____
98 _____



Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

99   11. ROOF: (Rain Gutters, Leakage, Deterioration, Ice build ups and Structural Condition)
100 _____
101 _____
102
103   12. WATER: (Well Production, Water Quality and Quantity, Water Rights and Abandoned Wells)
104 _____
105 _____
106
107     a.  Private well
108 _____
109 _____
110
111     b.  Public or community water systems
112 _____
113 _____
114
115   13. POOLS, OUTDOOR LIVING, ANCILLARY BUILDINGS: (Window Screens, Pool, Spa, Pool/Spa Heater, Hot Tub,
116       Sauna, Patio/Decking, Built-In Barbecue, Gazebo, Fountains, Water features, Underground Sprinklers systems
117       and controls, Partially landscaped or un-landscaped yard, Garage, Shop, Barn, Carport)
118 _____
119 _____
120
121   14. Waste dump or disposal or landfill or gravel pit or commercial use in the vicinity of the Property, existing or
122       proposed, which may cause smoke, smell, noise or other nuisance, annoyance or pollution:
123 _____
124 _____
125
126   15. ACCESS: (If the Property is not on a public street note any Driveway Agreements, Private Easements and Legal
127       Disputes Concerning Access)
128 _____
129 _____
130
131   16. HAZARD INSURANCE/DAMAGES/CLAIMS (past and present):
132 _____
133 _____
134
135   17. METHAMPHETAMINE: If the Property is inhabitable real property, the Owner represents to the best of Owner's
136       knowledge that the Property ☐ **has** ☐ **has not** been used as a clandestine Methamphetamine drug lab and
137       ☐ **has** ☐ **has not** been contaminated from smoke from the use of Methamphetamine. If the Property has been
138       used as a clandestine Methamphetamine drug lab or contaminated from smoke from the use of
139       Methamphetamine, Owner agrees to execute the Montana Association of REALTORS® "Methamphetamine
140       Disclosure Notice" and provide any documents or other information that may be required under Montana law
141       concerning the use of the Property as a clandestine Methamphetamine drug lab or the contamination of the
142       Property from smoke from the use of Methamphetamine.
143
144   18. RADON: If the Property is inhabitable real property as defined in the Montana Radon Control Act, Owner
145       represents that to the best of Owner's knowledge the Property ☐ **has** ☐ **has not** been tested for radon gas
146       and/or radon progeny and the Property ☐ **has** ☐ **has not** received mitigation or treatment for the same. If the
147       Property has been tested for radon gas and/or radon progeny, attached are any test results along with any
148       evidence of mitigation or treatment.
149
150   19. LEAD-BASED PAINT: If a residential dwelling exists on the Property and was built before the year 1978, Owner
151       ☐ **has** ☐ **has no** knowledge of lead-based paint and/or lead-based paint hazards on the Property. If Owner has
152       knowledge of lead-based paint and/or lead-based paint hazards on the Property, attached are all pertinent reports
153       and records concerning that knowledge.

_____ /
Buyer's or Lessee's Initials

© 2021 Montana Association of REALTORS®
Owner's Property Disclosure Statement, October 2021
Page 3 of 6

_____ / MP
Owner's Initials

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

154  20. MOLD: If the Property is inhabitable real property as defined in the Montana Mold Disclosure Act, the Owner
155      represents to the best of Owner's knowledge that the Property ☐ **has** ☐ **has not** been tested for mold and that
156      the Property ☐ **has** ☐ **has not** received mitigation or treatment for mold. If the Property has been tested for
157      mold or has received mitigation or treatment for mold, attached are any documents or other information that may
158      be required under Montana law concerning such testing, treatment or mitigation.
159

160 **If any of the following items or conditions exist relative to the Property, please check the box and provide**
161 **details below.**
162    1.  ☐ Asbestos.
163    2.  ☐ Noxious weeds.
164    3.  ☐ Pests, rodents.
165    4.  ☐ Destructive insects such as termites, pine beetles or carpenter ants. (If the Property has been tested or
166         treated, attach documentation.)
167    5.  ☐ Common walls, fences and driveways that may have any effect on the Property.
168    6.  ☐ Encroachments, easements, or similar matters that may affect your interest in the Property.
169    7.  ☐ Room additions, structural modifications, or other alterations or repairs made without necessary permits or
170         HOA and HOA architectural committee permission.
171    8.  ☐ Room additions, structural modifications, or other alterations or repairs not in compliance with building
172         codes.
173    9.  ☐ Health department or other governmental licensing, compliance or issues.
174    10. ☐ Landfill (compacted or otherwise) on the Property or any portion thereof.
175    11. ☐ Location in the floodplain, shoreline master plan, wetland or other environmentally sensitive area or work
176         conducted by Seller in or around any natural bodies of water.
177    12. ☐ Settling, slippage, sliding or other soil problems.
178    13. ☐ Flooding, draining, grading problems, or French drains.
179    14. ☐ Major damage to the Property or any of the structures from fire, earthquakes, floods, slides, etc.
180    15. ☐ Waste dump or disposal or landfill or commercial use in the vicinity of the Property which causes smoke,
181         smell, noise or other pollution.
182    16. ☐ Hazardous or Environmental Waste:  Underground storage tanks or sump pits.
183    17. ☐ Neighborhood noise problems or other nuisances.
184    18. ☐ Violations of deed restrictions, restrictive covenants or other such obligations.
185    19. ☐ Zoning or Historic District violations, non-conforming uses, violations of "setback" requirements, etc.
186    20. ☐ Zoning, Historic District or land use change planned or being considered by the city or county.
187    21. ☐ Street or utility improvement planned that may affect or be assessed against the Property.
188    22. ☐ Property Owner's Association obligations (dues, lawsuits, transfer fees, initiation fees, etc.).
189    23. ☐ Proposed increase in the tax assessment value or homeowner's association dues for the Property.
190    24. ☐ "Common area" problems.
191    25. ☐ Tenant problems, defaults or other tenant issues.
192    26. ☐ Notices of abatement or citations against the Property.
193    27. ☐ Lawsuits or legal proceedings (including foreclosures and bankruptcies) affecting or threatening the
194         Property.
195    28. ☐ Airport affected area.
196    29. ☐ Pet damage
197    30. ☐ Property leases including post-closing short-term rental obligations, crop share agreements, mineral leases
198         or reservations.
199    31. ☐ Other matters as set forth below.
200
201 Additional details:
202 _____
203 _____
204 _____
205 _____
206 _____
207 _____
208 _____

_____/_____
Buyer's or Lessee's Initials

© 2021 Montana Association of REALTORS®
Owner's Property Disclosure Statement, October 2021
Page 4 of 6

_____/_MB_
Owner's Initials

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

5 & 10 Dream

1:23-bk-10019-BPH   Doc#: 20   Filed: 04/07/23   Page 35 of 38

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

209 _____
210 _____
211 _____
212 _____
213 _____
214 _____
215 _____
216 _____
217 _____
218 _____
219 _____
220 _____
221 _____
222 _____
223 _____
224 _____
225 _____
226 _____
227 _____
228 _____
229 _____
230 _____
231 _____
232 _____
233 _____
234 _____
235 _____
236 _____
237 _____
238 _____
239 _____
240 _____
241 _____
242 _____
243 _____
244 _____
245 _____
246 _____
247 _____
248 _____
249 _____
250 _____
251 _____
252 _____
253 _____
254 _____
255 _____
256
257    Owner certifies that the information herein is true, correct and complete to the best of the Owner's knowledge and
258    belief as of the date signed by Owner.
259
260 Owner _____    Date _____
261       Akidoi Inc
262 Owner *Misty Roberts*                03/28/2023    Date 03/17/2023
          Misty Roberts

_____
Buyer's or Lessee's Initials

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

# BUYER'S ACKNOWLEDGEMENT

263
264
265 Subject Property Address: _____
266 _____
267 _____
268
269 Buyer(s) understand that the foregoing disclosure statement sets forth any adverse material facts concerning the
270 Property that are known to the Owner. **The disclosure statement does not provide any representations or**
271 **warranties concerning the Property, nor does the fact this disclosure statement fails to note an adverse**
272 **material fact concerning a particular feature, fixture or element imply that the same is free of defects.**
273
274 Buyer(s) is/are encouraged to obtain professional advice, inspections or both of the Property and to provide for
275 appropriate provisions in a contract between buyer(s) and owner(s) with respect to any advice, inspections or defects.
276 **Buyer(s) are not relying upon this property disclosure statement for buyer(s)' determination of the overall**
277 **condition of the Property in lieu of other inspections, reports or advice.**
278
279 I/WE ACKNOWLEDGE RECEIPT OF A COPY OF THIS STATEMENT.
280
281 _____    _____
282 Buyer's/Lessee's Signature                                                    Date
283
284 _____    _____
285 Buyer's/Lessee's Signature                                                    Date


**NOTE:** Unless otherwise expressly stated the term "days" means calendar days and not business days. Business days are defined as all days except Sundays and Montana or federal holidays.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com          5 & 10 Dream

Authentisign ID: CAD12C02-A2CD-ED11-BA77-14CB652F4F5B

# WATER RIGHTS ACKNOWLEDGMENT



1 Date: _____

2

3 This Water Rights Acknowledgment is in reference to the Buy-Sell Agreement (hereafter the "Agreement") between
4 _____ Akidoi Inc, Misty Roberts _____ (hereafter the "Seller") and
5 _____ (hereafter the "Buyer")
6 dated _____ , covering the following described property 5 & 10 Dream Catcher Ln, Red
7 Lodge, MT  59068 _____
8 and legally described as: WALLIS ACREAGE TRACTS, S35, T06 S, R20 E, WALLIS TRACTS LT 3 COS 474
9 & TR 21 BLK 1 COS 1427 AM and WALLIS ACREAGE TRACTS, S35, T06 S, R20 E, WALLIS TRACTS
10 LT 2 COS 474 & TR 22 BLK 1 COS 1427 AM
11 _____ (hereafter the "Property").

12

13 A water right is the right to use water, both surface and subsurface. In Montana, water rights are the rights to the
14 use of water and not ownership of the water itself. Water rights are private property and may not automatically
15 transfer with land.

16

17 All water in Montana is property of the State of Montana for the use of the people of Montana. The actual
18 ownership of water rights in Montana may not be known as many water rights are still the subject of a statewide
19 adjudication process. The transfer of water rights is recorded with the Department of Natural Resources and
20 Conservation in the State of Montana. The transfer of any right may or may not warrant that right until the
21 adjudication process has been completed.

22

23 **BUYER'S ACKNOWLEDGMENT:** The undersigned Buyer acknowledges and agrees that the brokerage firms,
24 brokers and salespersons involved in the transaction anticipated by the Agreement set forth above do not warrant
25 or make any representations either concerning the quantity or quality of any water rights or any legal entitlement to
26 use of water including statements of claim, certificates of water right, permits to appropriate water, exempt existing
27 rights, decreed basins or any ditches, ditch rights, or ditch easements appurtenant to or constituting a burden upon
28 the Property (hereafter in this section referred to as "Water Rights"). The Buyer further acknowledges and agrees
29 that any Water Rights affecting the Property may or may not have been fully or finally adjudicated and that Buyer
30 has been advised to make this Agreement contingent upon and to such independent inspections, evaluations and
31 advice concerning Water Rights and the adjudication process as Buyer might deem prudent. The Buyer is aware
32 that the brokerage firms, brokers and salespersons involved in the transaction anticipated by the Agreement set
33 forth above have not conducted an expert inspection or analysis of the Water Rights to and for this Property.

34

35 _____         _____
36 Buyer's Signature                                Date

37

38 _____         _____
39 Buyer's Signature                                Date

40

41 _____         _____
42 Buyer's Signature                                Date

**NOTE:** Unless otherwise expressly stated the term "days" means calendar days and not business days.  Business days are
defined as all days except Sundays and Montana or federal holidays.

© 2006 MONTANA ASSOCIATION OF REALTORS®
Water Rights Acknowledgment, March 2006
Page 1 of 1

Metro Realtors LLP, 2029 Grand Avenue Billings MT 59102          Phone: 4065915555          Fax:  4062459390          5 & 10 Dream
Polly Kovash
Produced with zipForm® by zipLogix, 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com