# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In re

**MISTY LEE ROBERTS and JAMES DARIN CLEMONS,**

Debtors.

Case No. **1:23-bk-10019-BPH**

# ORDER

In this Chapter 13 bankruptcy, the Debtor filed an Application on April 6, 2023, at ECF No. 19. The Application requests authority to employ Mikayla Kovash Brokerage and Polly Kovash Brokerage at Metro Realtors, LLP, (collectively "Professional") as realtor for the estate in order to sell Debtors' real property located at 5 and 10 Dream Catcher Lane, Red Lodge, Carbon County, Montana. Upon review of the Application and the Affidavit of Professional, the Court is satisfied that Professional is qualified to perform the tasks associated with employment. In addition, the Court is satisfied that Professional represents no interest substantially adverse to Debtors or the estate and that employment is necessary and in the best interest of the estate pursuant to 11 U.S.C. § 327. Accordingly,

IT IS ORDERED the Application is approved pursuant to 11 U.S.C. § 327. Debtors are authorized to employ Professional under the terms specified in the Application and attachments. All fees paid to Professional are subject to the approval of this Court upon the filing of a proper application for reasonable professional fees and reimbursement for actual, necessary expenses in accordance with Mont. LBR 2016-1. The reasonableness of any fee request will be determined pursuant to the standards specified in 11 U.S.C. § 330.

IT IS FURTHER ORDERED and NOTICE IS HEREBY GIVEN that Professional's employment is approved for a term from March 17, 2023, until July 1, 2024, and will not be extended without approval of this Court.

IT IS FURTHER ORDERED that Debtors and Professional shall advise the Chapter 13 Trustee of all written offers received by prospective purchasers.

Dated April 10, 2023.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana

1